CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 15 2021

JULIA C. DUDLEY, CLERK
BY:  s/ H. MCDONALD
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA DANVILLE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. ___4:21CV00002___ |
| | ) | |
| EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN PITTSYLVANIA COUNTY, VIRGINIA, INCLUDING: | ) ) ) ) ) | |
| | ) | |
| 0.54 ACRES OF LAND, MORE OR LESS, LOCATED IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A PORTION OF PITTSYLVANIA COUNTY TAX MAP PARCEL NO. 2436-73-3459 AND BEING MVP PARCEL NO. VA-PI-001.100.AR, OWNED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC; | ) ) ) ) ) ) ) | |
| | ) | |
| 0.107 ACRES OF LAND, MORE OR LESS, LOCATED IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A PORTION OF PITTSYLVANIA COUNTY TAX MAP PARCEL NO. 2436-72-5208 AND BEING MVP PARCEL NO. VA-PI-001.200, OWNED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC; | ) ) ) ) ) ) | |
| | ) | |
| 29.72 ACRES OF LAND, MORE OR LESS, LOCATED IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A PORTION OF PITTSYLVANIA COUNTY TAX MAP PARCEL NO. 2436-60-3630 AND BEING MVP PARCEL NO. VA-PI-002.000, OWNED BY MOUNTAIN VALLEY PIPELINE, LLC, EASEMENT CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC; | ) ) ) ) ) ) ) ) | |

5.47 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2435-49-7240 AND BEING MVP PARCEL )
NO. VA-PI-003.000, OWNED BY LISA B. SHORTER, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
 )
2.85 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2435-38-1783 AND BEING MVP PARCEL )
NO. VA-PI-005.000, OWNED BY KYLE O. GARNER )
AND SHERRI S. GARNER, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
 )
1.71 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2435-38-5036 AND BEING MVP PARCEL )
NO. VA-PI-006.000, OWNED BY DAVID LEE ADAMS )
AND TERESSA H. ADAMS, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
 )
0.11 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2435-28-9138 AND BEING MVP PARCEL )
NO. VA-PI-007.000, OWNED BY CARLTON VADEN )
MORTON AND BETTY BROWN MORTON, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
 )
2.60 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2435-27-0254 AND BEING MVP PARCEL )
NO. VA-PI-008.000, OWNED BY FAYE L. LOWE AND )
GLENN ANTHONY LOWE, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

2

5.36 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2435-06-9728 AND BEING MVP PARCEL )
NO. VA-PI-009.000, OWNED BY DANA H. SPARKS, )
TRUSTEE OF THE BILLIE ANNE HARMON LIVING )
TRUST, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
8.74 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2425-95-1974 AND BEING MVP PARCEL )
NO. VA-PI-010.000, OWNED BY JOHN W. CRADDOCK, )
JEFFREY E. CRADDOCK, KATHLEEN. CRADDOCK, )
WILLIAM LANGHORN CRADDOCK, NANCY M. )
CRADDOCK, E. KEITH STOGNER, JOAN C. STOGNER )
JAMES R. CRADDOCK, AND ANN S. CRADDOCK, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
7.89 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2425-92-1329 AND BEING MVP PARCEL )
NO. VA-PI-012.000, OWNED BY SANDRA )
BATTERMAN CHURCH, ARMISTEAD STEVEN )
CHURCH, AND RAYMOND WILLIAM )
BATTERMAN, JR., EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

7.47 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2425-71-4250 AND BEING MVP PARCEL )
NO. VA-PI-014.000, OWNED BY JANETTE L. RIGGAN )
 AND MARSHA E. FRITH F/K/A MARSHA F. )
FERNANDEZ, TRUSTEES OF THE MARY R. FRITH )
2004 REVOCABLE TRUST UNDER THE TERMS OF A )
CERTAIN LIVING TRUST AGREEMENT DATED )
SEPTEMBER 25, 2004, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
 )
0.83 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2425-51-5492 AND BEING MVP PARCEL )
NO. VA-PI-015.000, OWNED BY KATHLEEN M. )
VANDERHYDE, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
 )
0.73 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2425-71-4250 AND BEING MVP PARCEL )
NO. VA-PI-016.000, OWNED BY JANETTE L. RIGGAN )
 AND MARSHA E. FRITH F/K/A MARSHA F. )
FERNANDEZ, TRUSTEES OF THE MARY R. FRITH )
2004 REVOCABLE TRUST UNDER THE TERMS OF A )
CERTAIN LIVING TRUST AGREEMENT DATED )
SEPTEMBER 25, 2004, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
 )
0.65 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2424-59-7932 AND BEING MVP PARCEL )
NO. VA-PI-018.000, OWNED BY KATHLEEN M. )
VANDERHYDE, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

4

0.6603 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 2424-59-5941 AND BEING MVP PARCEL    )
NO. VA-PI-019.000, OWNED BY KATHLEEN M.    )
VANDERHYDE, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )
    )
3.91 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 2424-57-4798 AND BEING MVP PARCEL    )
NO. VA-PI-022.000, OWNED BY KATHLEEN M.    )
VANDERHYDE, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )
    )
6.36 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 2424-48-2850 AND BEING MVP PARCEL    )
NO. VA-PI-023.000, OWNED BY KATHLEEN M.    )
VANDERHYDE, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )
    )
2.17 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 2424-37-2306 AND BEING MVP PARCEL    )
NO. VA-PI-024.000, OWNED BY KATHRYN M.    )
NICHOLSON, RICHARD GUSTAVUS MOTLEY AND    )
REVA A. MOTLEY, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )

4.83 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2424-35-7169 AND BEING MVP PARCEL )
NO. VA-PI-025.000, OWNED BY WILLIAM H. ROGERS, )
JR. AND JUDITH R. ROGERS, EASEMENT CLAIMED )
BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.68 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2424-15-8616 AND BEING MVP PARCEL )
NO. VA-PI-027.000, OWNED BY WILLIAM H. ROGERS, )
JR. AND JUDITH R. ROGERS, EASEMENT CLAIMED )
BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.93 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2424-15-3531 AND BEING MVP PARCEL )
NO. VA-PI-031.000, OWNED BY VIVIAN PARSONS )
PARRISH, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
7.28 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2424-04-1919 AND BEING MVP PARCEL )
NO. VA-PI-032.000, OWNED BY MARGARET )
KATHARINE WHITEHEAD AND ROBERT WALTON )
MCNUTT, JR., EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

1.77 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 2424-04-9040 AND BEING MVP PARCEL     )
NO. VA-PI-033.000, OWNED BY MALCOLM DALE         )
ROACH, JR., EASEMENT CLAIMED BY                  )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )
                                                 )
6.59 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 2414-91-2286 AND BEING MVP PARCEL     )
NO. VA-PI-034.000, OWNED BY JACKIE RAY           )
ATKINSON, EASEMENT CLAIMED BY                    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )
                                                 )
3.17 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 2414-70-4055 AND BEING MVP PARCEL     )
NO. VA-PI-035.000, OWNED BY FRANCES M. CREWS     )
AND GAIL M. HELD, EASEMENT CLAIMED BY            )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )
                                                 )
13.76 ACRES OF LAND, MORE OR LESS, LOCATED       )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 2413-59-6730 AND BEING MVP PARCEL     )
NO. VA-PI-036.000, OWNED BY PITTSYLVANIA         )
COUNTY, VA, EASEMENT CLAIMED BY                  )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )

Abingdon: 1121466-1

7.67 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-47-1490 AND BEING MVP PARCEL )
NO. VA-PI-037.000, OWNED BY PITTSYLVANIA )
COUNTY, VA, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
4.27 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-26-9373 AND BEING MVP PARCEL )
NO. VA-PI-038.000, OWNED BY MARSHALL H. )
KENDALL, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
2.51 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-25-7197 AND BEING MVP PARCEL )
NO. VA-PI-039.000, OWNED BY M. KENDALL )
LUMBER COMPANY, INC., EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
3.69 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-24-0281 AND BEING MVP PARCEL )
NO. VA-PI-040.000, OWNED BY DUANE W. NEAL, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC )
)
2.39 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-24-0281 AND BEING MVP PARCEL )
NO. VA-PI-041.000, OWNED BY DUANE W. NEAL, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )

Abingdon: 1121466-1

1.48 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-13-9323 AND BEING MVP PARCEL )
NO. VA-PI-042.000, OWNED BY DAVID H. CRANE )
AND JOYCE J. CRANE, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
4.69 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2413-02-0411 AND BEING MVP PARCEL )
NO. VA-PI-044.000, OWNED BY DONALD DEBOE )
AND KIM G. DEBOE, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
2.85 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2403-90-5329 AND BEING MVP PARCEL )
NO. VA-PI-045.000, OWNED BY PHILLIP D. HYLTON, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
2.16 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2403-90-0325 AND BEING MVP PARCEL )
NO. VA-PI-045.001, OWNED BY PHILLIP D. HYLTON, )
BRENDA L. HYLTON AND PHILLIP GAVIN HYLTON, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
0.87 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2403-71-4078 AND BEING MVP PARCEL )
NO. VA-PI-046.000, OWNED BY KEITH C. HYLTON, SR. )
AND LINDA B. HYLTON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

3.74 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-98-0934 AND BEING MVP PARCEL )
NO. VA-PI-047.000, OWNED BY THOMAS E. ECHOLS, )
RONNIE W. ECHOLS AND NORRIS E. ECHOLS, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
7.38 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-78-3404 AND BEING MVP PARCEL )
NO. VA-PI-048.000, OWNED BY THOMAS E. ECHOLS, )
RONNIE W. ECHOLS, TIMOTHY K. ECHOLS, AND )
NORRIS E. ECHOLS, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
3.51 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-77-0019 AND BEING MVP PARCEL )
NO. VA-PI-050.000, OWNED BY MICHAEL R. STOWE, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
3.58 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-65-2646 AND BEING MVP PARCEL )
NO. VA-PI-051.000, OWNED BY MICHAEL R. STOWE, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC )

3.36 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-57-2108 AND BEING MVP PARCEL )
NO. VA-PI-052.000, OWNED BY TIMOTHY L. )
SHELTON AND ELAINE K. SHELTON, EASEMENT )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE )
COMPANY, LLC; )
)
12.652 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-33-9883 AND BEING MVP PARCEL )
NO. VA-PI-053.000, OWNED BY IRYE RAY EMERSON, )
JR. AND CAROL H. EMERSON, EASEMENT CLAIMED )
BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.74 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-41-1695 AND BEING MVP PARCEL )
NO. VA-PI-054.000, OWNED BY IRYE RAY EMERSON, )
SR., AS TRUSTEE AND HIS SUCCESSORS IN TRUST )
UNDER AGREEMENT DAED APRIL 26, 2016, KNOWN )
AS THE IRYE RAY EMERSON, SR. 2016 )
IRREVOCABLE TRUST, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
2.64 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-14-7646 AND BEING MVP PARCEL )
NO. VA-PI-055.000, OWNED BY IRYE RAY EMERSON, )
SR., AS TRUSTEE AND HIS SUCCESSORS IN TRUST )
UNDER AGREEMENT DAED APRIL 26, 2016, KNOWN )
AS THE IRYE RAY EMERSON, SR. 2016 )
IRREVOCABLE TRUST, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

11

0.07 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-22-0084 AND BEING MVP PARCEL )
NO. VA-PI-056.000, OWNED BY IRYE RAY EMERSON, )
SR., AS TRUSTEE AND HIS SUCCESSORS IN TRUST )
UNDER AGREEMENT DAED APRIL 26, 2016, KNOWN )
AS THE IRYE RAY EMERSON, SR. 2016 )
IRREVOCABLE TRUST, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.16 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-12-8051 AND BEING MVP PARCEL )
NO. VA-PI-059.000, OWNED BY EDWARD JAY )
FRISBEE AND KRYSTAL SIEGEL INMAN FRISBEE, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
1.27 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-11-6493 AND BEING MVP PARCEL )
NO. VA-PI-061.000, OWNED BY MILDRED W. )
EMERSON, CLARENCE A. EMERSON, JR. AND )
ROBIN K. EMERSON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.12 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 2402-11-2650 AND BEING MVP PARCEL )
NO. VA-PI-063.000, OWNED BY WILLIAM EMMETT )
MARTIN AND JANICE EATON MARTIN, EASEMENT )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE )
COMPANY, LLC; )

12

1.05 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP             )
PARCEL NO. 2402-11-2352 AND BEING MVP PARCEL       )
NO. VA-PI-064.000, OWNED BY WILLIAM EMMETT         )
MARTIN AND JANICE EATON MARTIN, EASEMENT           )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE          )
COMPANY, LLC;                                      )
                                                   )
3.39 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP             )
PARCEL NO. 2402-00-7999 AND BEING MVP PARCEL       )
NO. VA-PI-065.000, OWNED BY WILLIAM EMMETT         )
MARTIN AND JANICE EATON MARTIN, EASEMENT           )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE          )
COMPANY, LLC;                                      )
                                                   )
10.79 ACRES OF LAND, MORE OR LESS, LOCATED         )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP             )
PARCEL NO. 1491-88-2609 AND BEING MVP PARCEL       )
NO. VA-PI-075.000, OWNED BY INDEPENDENT            )
TIMBER, INC., EASEMENT CLAIMED BY                  )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,            )
LLC;                                               )
                                                   )
4.56 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP             )
PARCEL NO. 1491-86-3788 AND BEING MVP PARCEL       )
NO. VA-PI-076.000, OWNED BY ADAM J. HARPER,        )
EASEMENT CLAIMED BY TRANSCONTINENTAL               )
GAS PIPE LINE COMPANY, LLC;                        )
                                                   )
6.72 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP             )
PARCEL NO. 1491-65-7149 AND BEING MVP PARCEL       )
NO. VA-PI-077.000, OWNED BY PHILLIP W. HUTSON,     )
SR. AND SUSAN H. HUTSON, EASEMENT CLAIMED          )
BY TRANSCONTINENTAL GAS PIPE LINE COMPANY,         )
LLC;                                               )

13

0.85 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1491-91-0504 AND BEING MVP PARCEL )
NO. VA-PI-078.000, OWNED BY INDEPENDENT )
TIMBER, INC., EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
3.32 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1491-62-4268 AND BEING MVP PARCEL )
NO. VA-PI-079.000, OWNED BY PHILLIP W. HUTSON, )
SR. AND SUSAN H. HUTSON, EASEMENT CLAIMED )
BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
6.47 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1491-43-0493 AND BEING MVP PARCEL )
NO. VA-PI-082.000, OWNED BY ODELL WADE )
HUTSON, JR., EVELYN JEANETTE HUTSON KIRBY, )
MICHAEL DOUGLAS HUTSON, AND SANDRA RUTH )
HUTSON GAMMON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
7.27 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1491-21-6183 AND BEING MVP PARCEL )
NO. VA-PI-084.000, OWNED BY EARL JOAN A. )
WORSHAM, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

1.56 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 1490-39-3607 AND BEING MVP PARCEL     )
NO. VA-PI-085.000, OWNED BY JOAN A. WORSHAM,     )
EASEMENT CLAIMED BY TRANSCONTINENTAL             )
GAS PIPE LINE COMPANY, LLC;                      )
                                                 )
1.20 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 1490-29-6396 AND BEING MVP PARCEL     )
NO. VA-PI-087.000, OWNED BY JOAN A. WORSHAM,     )
EASEMENT CLAIMED BY TRANSCONTINENTAL             )
GAS PIPE LINE COMPANY, LLC;                      )
                                                 )
0.81 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 1490-28-7861 AND BEING MVP PARCEL     )
NO. VA-PI-089.000, OWNED BY DAVID C. DALTON      )
AND NANCY C. DALTON, EASEMENT CLAIMED BY         )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )
                                                 )
4.53 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 1490-28-2154 AND BEING MVP PARCEL     )
NO. VA-PI-090.000, OWNED BY DAVID C. DALTON      )
AND NANCY C. DALTON, EASEMENT CLAIMED BY         )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )
                                                 )
4.36 ACRES OF LAND, MORE OR LESS, LOCATED        )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A        )
PORTION OF PITTSYLVANIA COUNTY TAX MAP           )
PARCEL NO. 1490-08-8470 AND BEING MVP PARCEL     )
NO. VA-PI-091.000, OWNED BY DAVID C. DALTON      )
AND NANCY C. DALTON, EASEMENT CLAIMED BY         )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;                                             )

Abingdon: 1121466-1

2.96 ACRES OF LAND, MORE OR LESS, LOCATED   )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A   )
PORTION OF PITTSYLVANIA COUNTY TAX MAP   )
PARCEL NO. 1480-97-7043 AND BEING MVP PARCEL   )
NO. VA-PI-092.000, OWNED BY BEVERLY S. WHITE   )
AND WILLIAM S. WHITE, EASEMENT CLAIMED BY   )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,   )
LLC;   )
   )
8.13 ACRES OF LAND, MORE OR LESS, LOCATED   )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A   )
PORTION OF PITTSYLVANIA COUNTY TAX MAP   )
PARCEL NO. 1480-85-7583 AND BEING MVP PARCEL   )
NO. VA-PI-094.000, OWNED BY JUDITH SANDRIDGE   )
BRIDGES, EASEMENT CLAIMED BY   )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,   )
LLC;   )
   )
0.70 ACRES OF LAND, MORE OR LESS, LOCATED   )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A   )
PORTION OF PITTSYLVANIA COUNTY TAX MAP   )
PARCEL NO. 1480-74-4175 AND BEING MVP PARCEL   )
NO. VA-PI-095.000, OWNED BY KEITH JAMES   )
FLINCHUM, EASEMENT CLAIMED BY   )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,   )
LLC;   )
   )
1.71 ACRES OF LAND, MORE OR LESS, LOCATED   )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A   )
PORTION OF PITTSYLVANIA COUNTY TAX MAP   )
PARCEL NO. 1480-74-9292 AND BEING MVP PARCEL   )
NO. VA-PI-096.000, OWNED BY JUDITH SANDRIDGE   )
BRIDGES, EASEMENT CLAIMED BY   )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,   )
LLC;   )
   )
5.77 ACRES OF LAND, MORE OR LESS, LOCATED   )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A   )
PORTION OF PITTSYLVANIA COUNTY TAX MAP   )
PARCEL NO. 1480-52-6445 AND BEING MVP PARCEL   )
NO. VA-PI-099.000, OWNED BY BILLIE S. POLLOK,   )
TRUSTEE, OR HER SUCCESSOR IN TRUST, UNDER   )
THE POLLOK LIVING TRUST DATED MARCH 7, 2007;   )

0.67 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1480-52-9610 AND BEING MVP PARCEL )
NO. VA-PI-099.100.AR, OWNED BY ROBERT )
WILLIAM POLLOK; )
)
1.96 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1480-62-7374 AND BEING MVP PARCEL )
NO. VA-PI-100.000, OWNED BY RICHARD L. RUST )
AND LORI R. RUST; )
)
4.32 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1480-31-7313 AND BEING MVP PARCEL )
NO. VA-PI-101.000, OWNED BY KENNETH L. )
HUDSON AND PATRICIA A. HUDSON, EASEMENT )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE )
COMPANY, LLC; )
)
3.58 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1389-39-0919 AND BEING MVP PARCEL )
NO. VA-PI-103.000, OWNED BY CHARLES C. HYLTON )
AND SANDRA W. HYLTON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
4.669 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1389-28-9979 AND BEING MVP PARCEL )
NO. VA-PI-106.000, OWNED BY CHARLES C. HYLTON )
AND SANDRA W. HYLTON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

1.88 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1389-27-6997 AND BEING MVP PARCEL )
NO. VA-PI-107.000, OWNED BY STEVEN L. COLEMAN )
AND DEBRA C. COLEMAN, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
1.42 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1389-18-4204 AND BEING MVP PARCEL )
NO. VA-PI-110.000, OWNED BY STEVEN L. COLEMAN )
AND DEBRA C. COLEMAN, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
9.95 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1389-25-1372 AND BEING MVP PARCEL )
NO. VA-PI-115.000, OWNED BY CHRISTOPHER P. )
JOHNSON, DARCEY S. JOHNSON AND LEASED )
BY HILL VIEW FARMS, INC.; )
)
9.77 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1379-93-3906 AND BEING MVP PARCEL )
NO. VA-PI-118.000, OWNED BY ALBERT L. KEATTS )
AND OCIE ADAMS KEATTS, EASEMENT CLAIMED )
BY TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
3.01 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1379-62-3464 AND BEING MVP PARCEL )
NO. VA-PI-120.000, OWNED BY SANDRA D. PAYNE, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )

8.49 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1379-70-6742 AND BEING MVP PARCEL )
NO. VA-PI-121.000, OWNED BY SANDY OAKS FARMS, )
LLC, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
　　　　　　　　　　　　　　　　　　　　　 )
0.15 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1379-60-0629 AND BEING MVP PARCEL )
NO. VA-PI-122.000, OWNED BY SANDRA D. PAYNE, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
　　　　　　　　　　　　　　　　　　　　　 )
3.235 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1379-70-6742 AND BEING MVP PARCEL )
NO. VA-PI-124.000, OWNED BY SANDY OAKS FARMS, )
LLC, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
　　　　　　　　　　　　　　　　　　　　　 )
2.05 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-58-6247 AND BEING MVP PARCEL )
NO. VA-PI-125.000, OWNED BY JOHN L. BAGGERLY )
AND L. SAMUEL SAUNDERS, TRUSTEES, OR THEIR )
SUCCESSORS IN TRUST, OF THE BAGGERLY )
IRREVOCABLE TRUST DATED NOVEMBER 21, 1996, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )

3.73 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1378-38-8721 AND BEING MVP PARCEL    )
NO. VA-PI-126.000, OWNED BY NANCY H.    )
WEATHERFORD, JOHN G. MITCHELL AND PHYLLIS    )
H. MITCHELL, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )
    )
1.43 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1378-48-4107 AND BEING MVP PARCEL    )
NO. VA-PI-128.000, OWNED BY JUNIOR FRANKLIN    )
MCBRIDE AND JOYCE W. MCBRIDE, EASEMENT    )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE    )
COMPANY, LLC;    )
    )
0.41 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1378-37-1447 AND BEING MVP PARCEL    )
NO. VA-PI-129.000, OWNED BY JAY MICHAEL SMITH,    )
EASEMENT CLAIMED BY TRANSCONTINENTAL    )
GAS PIPE LINE COMPANY, LLC;    )
    )
0.42 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1378-36-7998 AND BEING MVP PARCEL    )
NO. VA-PI-130.000, OWNED BY SHIRLEY B.    )
BAGGERLY;    )
    )
2.19 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1378-37-0071 AND BEING MVP PARCEL    )
NO. VA-PI-131.000, OWNED BY SHIRLEY B.    )
BAGGERLY, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )

20

0.52 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP          )
PARCEL NO. 1378-36-2532 AND BEING MVP PARCEL          )
NO. VA-PI-132.000, OWNED BY SHIRLEY B.          )
BAGGERLY, EASEMENT CLAIMED BY          )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;          )
          )
0.61 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP          )
PARCEL NO. 1378-26-4426 AND BEING MVP PARCEL          )
NO. VA-PI-134.000.000, OWNED BY SHIRLEY B.          )
BAGGERLY, EASEMENT CLAIMED BY          )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;          )
          )
0.49 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP          )
PARCEL NO. 1378-26-3310 AND BEING MVP PARCEL          )
NO. VA-PI-135.000, OWNED BY SHIRLEY B.          )
BAGGERLY, EASEMENT CLAIMED BY          )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;          )
          )
0.48 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP          )
PARCEL NO. 1378-26-2169, BEING MVP PARCEL NO.          )
VA-PI-136.000, OWNED BY SHIRLEY B. BAGGERLY,          )
EASEMENT CLAIMED BY TRANSCONTINENTAL          )
GAS PIPE LINE COMPANY, LLC;          )
          )
0.18 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A          )
PORTION OF PITTSYLVANIA COUNTY TAX MAP          )
PARCEL NO. 1378-26-2009 AND BEING MVP PARCEL          )
NO. VA-PI-137.000, OWNED BY SHIRLEY B.          )
BAGGERLY, EASEMENT CLAIMED BY          )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,          )
LLC;          )

1.26 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-16-7258 AND BEING MVP PARCEL )
NO. VA-PI-137.100, OWNED BY SHIRLEY B. )
BAGGERLY, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.01 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-25-1939 AND BEING MVP PARCEL )
NO. VA-PI-138.000, OWNED BY SHIRLEY B. )
BAGGERLY, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.97 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-15-3612 AND BEING MVP PARCEL )
NO. VA-PI-140.000, OWNED BY JESSE H. TAYLOR )
AND DEWEY T. TAYLOR, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.44 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-15-4835 AND BEING MVP PARCEL )
NO. VA-PI-141.100, OWNED BY JESSE H. TAYLOR )
AND DEWEY T. TAYLOR, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )

Abingdon: 1121466-1

2.02 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-15-1061 AND BEING MVP PARCEL )
NO. VA-PI-144.000, OWNED BY JESSE H. TAYLOR )
AND DEWEY T. TAYLOR, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.87 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-14-3208 AND BEING MVP PARCEL )
NO. VA-PI-149.000, OWNED BY MARY HARDY )
BETTERTON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
2.83 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-04-7195 AND BEING MVP PARCEL )
NO. VA-PI-150.000, OWNED BY MARY HARDY )
BETTERTON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.41 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-04-7195 AND BEING MVP PARCEL )
NO. VA-PI-151.000, OWNED BY MARY HARDY )
BETTERTON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
2.36 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1378-02-7852 AND BEING MVP PARCEL )
NO. VA-PI-152.000, OWNED BY EST ENTERPRISES, )
LLC, EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )

23

0.83 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1378-02-1967 AND BEING MVP PARCEL    )
NO. VA-PI-153.000, OWNED BY BRANDON A.    )
COLLINS AND KARI T. COLLINS, EASEMENT    )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE    )
COMPANY, LLC;    )
    )
0.663 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1368-92-9576 AND BEING MVP PARCEL    )
NO. VA-PI-154.000, OWNED BY DAVID R. MEHALKO,    )
EASEMENT CLAIMED BY TRANSCONTINENTAL    )
GAS PIPE LINE COMPANY, LLC;    )
    )
0.70 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1368-92-7344 AND BEING MVP PARCEL    )
NO. VA-PI-154.200, OWNED BY DONNIE W.    )
HAYMORE, EASEMENT CLAIMED BY    )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,    )
LLC;    )
    )
8.24 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1368-81-1016, BEING MVP PARCEL NO.    )
VA-PI-160.000, OWNED BY EST ENTERPRISES, LLC,    )
EASEMENT CLAIMED BY TRANSCONTINENTAL    )
GAS PIPE LINE COMPANY, LLC;    )
    )
2.08 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1368-80-0248 AND BEING MVP PARCEL    )
NO. VA-PI-161.000, OWNED BY JEFFREY CARR    )
WHITLEY AND TONIA PILLOW WHITLEY,    )
EASEMENT CLAIMED BY TRANSCONTINENTAL    )
GAS PIPE LINE COMPANY, LLC;    )

Abingdon: 1121466-1

3.88 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-69-8712 AND BEING MVP PARCEL )
NO. VA-PI-162.000, OWNED BY JUNE T. SOYARS, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
7.13 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-68-5019 AND BEING MVP PARCEL )
NO. VA-PI-163.000, OWNED BY BRYANT PROPERTIES )
& HOLDINGS, LLC, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
1.81 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-48-6058 AND BEING MVP PARCEL )
NO. VA-PI-165.000, OWNED BY BELWOOD L. HYLER, )
EASEMENT CLAIMED BY TRANSCONTINENTAL )
GAS PIPE LINE COMPANY, LLC; )
)
0.73 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-65-4960 AND BEING MVP PARCEL )
NO. VA-PI-166.000, OWNED BY JERRY ROBERTSON )
DAVIS, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
0.35 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-45-6386 AND BEING MVP PARCEL )
NO. VA-PI-167.000, OWNED BY DENNIS SCOTT )
HARRIS AND ROBIN A. HARRIS, EASEMENT )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE )
COMPANY, LLC; )
)

Abingdon: 1121466-1

0.69 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-45-5455 AND BEING MVP PARCEL )
NO. VA-PI-168.000, OWNED BY DENNIS SCOTT )
HARRIS AND ROBIN A. HARRIS, EASEMENT )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE )
COMPANY, LLC; )
)
2.36 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-45-2671 AND BEING MVP PARCEL )
NO. VA-PI-169.000, OWNED BY JO ANN PARRISH )
ATKINSON, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
4.01 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-34-4497 AND BEING MVP PARCEL )
NO. VA-PI-171.000, OWNED BY ISAAC C. HILL AND )
BRANDY A. HILL, EASEMENT CLAIMED BY )
TRANSCONTINENTAL GAS PIPE LINE COMPANY, )
LLC; )
)
1.78 ACRES OF LAND, MORE OR LESS, LOCATED )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A )
PORTION OF PITTSYLVANIA COUNTY TAX MAP )
PARCEL NO. 1367-41-6185 AND BEING MVP PARCEL )
NO. VA-PI-172.000, OWNED BY DANVILLE- )
PITTSYLVANIA REGIONAL INDUSTRIAL FACILITY )
AUTHORITY, A POLITICAL SUBDIVISION OF THE )
COMMONWEALTH OF VIRGINIA, EASEMENT )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE )
COMPANY, LLC; )

9.35 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1367-41-6185 AND BEING MVP PARCEL    )
NO. VA-PI-173.000, OWNED BY DANVILLE-    )
PITTSYLVANIA REGIONAL INDUSTRIAL FACILITY    )
AUTHORITY, A POLITICAL SUBDIVISION OF THE    )
COMMONWEALTH OF VIRGINIA, EASEMENT    )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE    )
COMPANY, LLC;    )
    )
6.39 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1367-41-6185 AND BEING MVP PARCEL    )
NO. VA-PI-174.000, OWNED BY DANVILLE-    )
PITTSYLVANIA REGIONAL INDUSTRIAL FACILITY    )
AUTHORITY, A POLITICAL SUBDIVISION OF THE    )
COMMONWEALTH OF VIRGINIA, EASEMENT    )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE    )
COMPANY, LLC;    )
    )
7.10 ACRES OF LAND, MORE OR LESS, LOCATED    )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A    )
PORTION OF PITTSYLVANIA COUNTY TAX MAP    )
PARCEL NO. 1367-41-6185 AND BEING MVP PARCEL    )
NO. VA-PI-175.000, OWNED BY DANVILLE-    )
PITTSYLVANIA REGIONAL INDUSTRIAL FACILITY    )
AUTHORITY, A POLITICAL SUBDIVISION OF THE    )
COMMONWEALTH OF VIRGINIA, EASEMENT    )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE    )
COMPANY, LLC;    )

Abingdon: 1121466-1

19.70 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A           )
PORTION OF PITTSYLVANIA COUNTY TAX MAP              )
PARCEL NO. 1356-75-0037 AND BEING MVP PARCEL        )
NO. VA-PI-178.000, OWNED BY DANVILLE-               )
PITTSYLVANIA REGIONAL INDUSTRIAL FACILITY           )
AUTHORITY, A POLITICAL SUBDIVISION OF THE           )
COMMONWEALTH OF VIRGINIA, EASEMENT                  )
CLAIMED BY TRANSCONTINENTAL GAS PIPE LINE           )
COMPANY, LLC;                                       )
                                                    )
4.59 ACRES OF LAND, MORE OR LESS, LOCATED           )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A           )
PORTION OF PITTSYLVANIA COUNTY TAX MAP              )
PARCEL NO. 1356-31-0719 AND BEING MVP PARCEL        )
NO. VA-PI-179.000, OWNED BY MELISSA SIMS            )
HAIRSTON, EASEMENT CLAIMED BY                       )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,             )
LLC;                                                )
                                                    )
19.08 ACRES OF LAND, MORE OR LESS, LOCATED          )
IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A           )
PORTION OF PITTSYLVANIA COUNTY TAX MAP              )
PARCEL NO. 1356-31-0719 AND BEING MVP PARCEL        )
NO. VA-PI-180.000, OWNED BY MELISSA SIMS            )
HAIRSTON, EASEMENT CLAIMED BY                       )
TRANSCONTINENTAL GAS PIPE LINE COMPANY,             )
LLC;                                                )
                                                    )
and                                                 )
                                                    )
UNKNOWN OWNERS,                                     )
                                                    )
        Defendants.                                 )

## COMPLAINT

Pursuant to its power of eminent domain as authorized by the Natural Gas

Act ("NGA"), 15 U.S.C. §§ 717-717z, and Federal Rule of Civil Procedure 71.1,

plaintiff, Mountain Valley Pipeline, LLC ("MVP"), files this Complaint to condemn

property interests necessary for the construction, operation, and maintenance of an

28

interstate natural gas pipeline and associated facilities and appurtenances ("Pipeline") across properties in Pittsylvania County, Virginia, owned or claimed by defendants ("Landowners"):

      1.     On June 18, 2020, the Federal Energy Regulatory Commission ("FERC") determined that the Pipeline is in the public interest and issued an Order granting a Certificate of Public Convenience and Necessity for the construction, operation, and maintenance of the Pipeline, which includes approximately 75.1 miles of new 24- or 16-inch-diameter natural gas pipeline, one new compressor station, four new interconnects and associated meter stations, and ancillary facilities including pig launchers and receivers, mainline block valves, and cathodic protection beds.

      2.     A true and accurate copy of the Certificate Order from FERC is attached as Exhibit 1.

      3.     The Pipeline will help meet the public's demand for natural gas by transporting natural gas from the Marcellus and Utica Shale regions and increasing access and available capacity in North Carolina and southern Virginia.

      4.     Completion of the Pipeline as certificated by the FERC will require easements for permanent and exclusive rights-of-way, access roads, temporary construction easements, and temporary and permanent workspace easements across certain properties located in three counties.  Accordingly, it is necessary for MVP to acquire temporary and permanent easements across those properties.  Condemnation is necessary because MVP has been unable to negotiate mutually agreeable easement agreements with Landowners.  The defendant Landowners are those owners and

claimants from whom MVP has not acquired rights and easements by agreement. The owners with whom MVP has reached agreement are not being made defendants in this case.

## JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction over this action pursuant to the condemnation authority in Section 7(h) of the NGA, 15 U.S.C. § 717f(h), and federal question jurisdiction, 28 U.S.C. § 1331.

6.    The amount claimed by the Landowners for each tract exceeds $3,000.

7.    Venue is proper pursuant to 28 U.S.C. § 1391(b) because the properties to be condemned are located within the Western District of Virginia.

## PARTIES AND PROPERTIES

*MVP*

8.    Plaintiff MVP is a Delaware limited liability company with its principal office located at 2200 Energy Drive, Canonsburg, Pennsylvania 15317.  MVP is a "natural-gas company" as defined by Section 2(6) of the NGA, 15 U.S.C. § 717(a)(6), and, as such, is qualified to construct, own, operate, and maintain a pipeline for the transmission of natural gas and constituents thereof.  MVP's authorization to transport natural gas in interstate commerce is granted by and subject to the jurisdiction of FERC.

*Transcontinental Gas Pipe Line Company, LLC*

9.    Defendant Transcontinental Gas Pipe Line Company, LLC ("Transco") owns a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the plat of survey recorded in Map Book 44, Page 135L, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2436-73-3459 and as MVP Parcel Number VA-PI-001.100.AR.  As shown on the map attached as Exhibit 2, MVP seeks to acquire the following rights and easements over the tract:

|     |                            |            |
| --- | -------------------------- | ---------- |
| (a) | Permanent Access Easement  | 0.54 acres |
|     | Total Acres, More or Less  | 0.54 acres |

*Transcontinental Gas Pipe Line Company, LLC*

10.    Defendant Transco owns a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 12-06902, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2436-72-5208 and as MVP Parcel Number VA-PI-001.200.  As shown on the map attached as Exhibit 3, MVP seeks to acquire the following rights and easements over the tract:

|     |                            |             |
| --- | -------------------------- | ----------- |
| (a) | Temporary Workspace        | 0.027 acres |
| (b) | Permanent Access Easement  | 0.08 acres  |
|     | Total Acres, More or Less  | 0.107 acres |

*Mountain Valley Pipeline, LLC*

11.    MVP owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in deed recorded as Instrument No. 18-01222, in the land records of Pittsylvania County, Virginia, and identified as Tax Map

31

Parcel 2436-60-3630 and as MVP Parcel Number VA-PI-002.000.  As shown on the map attached as Exhibit 4, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 3.65 acres |
| (b) | Additional Temporary Workspace | 12.56 acres |
| (c) | Permanent Access Easement | 0.82 acres |
| (d) | Possible Additional Temp. Workspace | 0.21 acres |
| (e) | Permanent Easement | 12.48 acres |
| | Total Acres, More or Less | 29.72 acres |

MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Lisa B. Shorter*

12.    Lisa B. Shorter owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Deed Book 1222, Page 735, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2435-49-7240 and as MVP Parcel Number VA-PI-003.000.  As shown on the map attached as Exhibit 5, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 1.79 acres |
| (b) | Additional Temporary Workspace | 0.66 acres |
| (c) | Possible Temporary Workspace | 0.60 acres |

|     |                   |           |
|-----|-------------------|-----------|
| (c) | Permanent Easement | 2.42 acres |
|     | Total Acres, More or Less | 5.47 acres |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Kyle O. Garner and Sherri S. Garner*

13.    Kyle O. Garner and Sherri S. Garner own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittssylvania County, Virginia, and described in the deed recorded as Instrument No. 10-03236, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2435-38-1783 and as MVP Parcel Number VA-PI-005.000. As shown on the map attached as Exhibit 6, MVP seeks to acquire the following rights and easements over the tract:

|     |                              |           |
|-----|------------------------------|-----------|
| (a) | Temporary Workspace          | 0.92 acres |
| (b) | Additional Temporary Workspace | 1.01 acres |
| (c) | Permanent Easement           | 0.92 acres |
|     | Total Acres, More or Less    | 2.85 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

Abingdon: 1121466-1

*David Lee Adams and Teressa H. Adams*

14.     David Lee Adams and Teressa H. Adams own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1235, Page 417, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2435-38-5036 and as MVP Parcel Number VA-PI-006.000.  As shown on the map attached as Exhibit 7, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 0.58 acres |
| (b) | Additional Temporary Workspace | 0.50 acres |
| (c) | Permanent Easement | 0.63 acres |
| | Total Acres, More or Less | 1.71 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Carlton Vaden Morton and Betty Brown Morton*

15.     Carlton Vaden Morton and Betty Brown Morton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 658, Page 186, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2435-28-9138 and as

34

MVP Parcel Number VA-PI-007.000.  As shown on the map attached as Exhibit 8, MVP

seeks to acquire the following rights and easements over the tract:

|     |                      |            |
| --- | -------------------- | ---------- |
| (a) | Temporary Workspace  | 0.07 acres |
| (b) | Permanent Easement   | 0.04 acres |
|     | Total Acres, More or Less | 0.11 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

### *Faye L. Lowe and Glenn Anthony Lowe*

16.    Faye L. Lowe and Glenn Anthony Lowe own, and defendant

Transco claims an interest in, a tract over which easements for the Pipeline are being

taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded in Deed Book 1318, Page 706, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 2435-27-0254 and as

MVP Parcel Number VA-PI-008.000.  As shown on the map attached as Exhibit 9, MVP

seeks to acquire the following rights and easements over the tract:

|     |                               |            |
| --- | ----------------------------- | ---------- |
| (a) | Temporary Workspace           | 0.99 acres |
| (b) | Additional Temporary Workspace| 0.48 acres |
| (c) | Possible Temporary Workspace  | 0.09 acres |
| (c) | Permanent Easement            | 1.04 acres |
|     | Total Acres, More or Less     | 2.60 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Dana H. Sparks, Trustee of the Billie Anne Harmon Living Trust*

17.    Dana H. Sparks, Trustee of the Billie Anne Harmon Living Trust, owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1421, Page 282, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2435-06-9728 and as MVP Parcel Number VA-PI-009.000.  As shown on the map attached as Exhibit 10, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.56 acres |
| (b) | Additional Temporary Workspace | 1.78 acres |
| (c) | Possible Temporary Workspace | 0.23 acres |
| (d) | Permanent Easement | 1.79 acres |
| | Total Acres, More or Less | 5.36 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

Abingdon: 1121466-1

*John W. Craddock, Jeffrey E. Craddock, Kathleen Craddock, William Langhorn Craddock, Nancy M. Craddock, E. Keith Stogner, Joan C. Stogner, James R. Craddock, and Ann S. Craddock*

18.      John W. Craddock, Jeffrey E. Craddock, Kathleen Craddock, William Langhorn Craddock, Nancy M. Craddock, E. Keith Stogner, Joan C. Stogner, James R. Craddock, and Ann S. Craddock own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deeds recorded in Deed Book 1294, Page 661, and Deed Book 1094, Page 818, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2425-95-1974 and as MVP Parcel Number VA-PI-010.000.  As shown on the map attached as Exhibit 11, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.79 acres |
| (b) | Additional Temporary Workspace | 0.68 acres |
| (c) | Temporary Access Easement      | 1.82 acres |
| (d) | Possible Temporary Workspace   | 1.33 acres |
| (e) | Permanent Easement             | 3.12 acres |
|     | Total Acres, More or Less      | 8.74 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Sandra Batterman Church, Armistead Steven Church, and*
*Raymond William Batterman, Jr.*

19.     Sandra Batterman Church, Armistead Steven Church, and Raymond William Batterman, Jr., own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deeds recorded as Instrument No. 140003527 and as Instrument No. 170004610, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2425-92-1329 and as MVP Parcel Number VA-PI-012.000.  As shown on the map attached as Exhibit 12, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.29 acres |
| (b) | Additional Temporary Workspace | 1.42 acres |
| (c) | Temporary Access Easement | 2.19 acres |
| (d) | Additional Acquired Land | 0.85 acres |
| (e) | Permanent Easement | 2.14 acres |
| | Total Acres, More or Less | 7.89 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

Abingdon: 1121466-1

*Janette L. Riggan and Marsha E. Frith f/k/a Marsha F. Fernandez, Trustees of the Mary R. Frith 2004 Revocable Trust Under the Terms of a Certain Living Trust Agreement Dated September 25, 2004*

20.     Janette L. Riggan and Marsha E. Frith f/k/a Marsha F. Fernandez, Trustees of the Mary R. Frith 2004 Revocable Trust Under the Terms of a Certain Living Trust Agreement Dated September 25, 2004, own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 05001990, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2425-71-4250 and as MVP Parcel Number VA-PI-014.000.  As shown on the map attached as Exhibit 13, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 3.40 acres |
| (b) | Additional Temporary Workspace | 0.72 acres |
| (c) | Permanent Easement             | 3.35 acres |
|     | Total Acres, More or Less      | 7.47 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Kathleen M. VanDerHyde*

21.     Kathleen M. VanDerHyde owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

39

deed recorded in Deed Book 0943, Page 550, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2425-51-5492 and as MVP Parcel Number VA-PI-015.000.  As shown on the map attached as Exhibit 14, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 0.32 acres |
| (b) | Additional Temporary Workspace | | 0.13 acres |
| (c) | Permanent Easement | | 0.38 acres |
| | Total Acres, More or Less | | 0.83 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Janette L. Riggan and Marsha E. Frith f/k/a Marsha F. Fernandez, Trustees of the Mary R. Frith 2004 Revocable Trust Under the Terms of a Certain Living Trust Agreement Dated September 25, 2004*

22.    Janette L. Riggan and Marsha E. Frith f/k/a Marsha F. Fernandez, Trustees of the Mary R. Frith 2004 Revocable Trust Under the Terms of a Certain Living Trust Agreement Dated September 25, 2004, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 05001990, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2425-71-4250 and as MVP Parcel Number VA-PI-016.000.  As shown on the map attached as Exhibit 15, MVP seeks to acquire the following rights and easements over the tract:

|     |                              |            |
| --- | ---------------------------- | ---------- |
| (a) | Temporary Workspace          | 0.31 acres |
| (b) | Additional Temporary Workspace | 0.28 acres |
| (c) | Permanent Easement           | 0.14 acres |
|     | Total Acres, More or Less    | 0.73 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### Kathleen M. VanDerHyde

23.    Kathleen M. VanDerHyde owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and being shown as Lot 2 in that Plat of Survey recorded in Plat Book 8, Page 6, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-59-7932 and as MVP Parcel Number VA-PI-018.000.  As shown on the map attached as Exhibit 16, MVP seeks to acquire the following rights and easements over the tract:

|     |                              |            |
| --- | ---------------------------- | ---------- |
| (a) | Temporary Workspace          | 0.13 acres |
| (b) | Additional Temporary Workspace | 0.45 acres |
| (c) | Permanent Easement           | 0.07 acres |
|     | Total Acres, More or Less    | 0.65 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

41

*Kathleen M. VanDerHyde*

24.    Kathleen M. VanDerHyde owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and being shown as Lot 1 in that Plat of Survey recorded in Plat Book 8, Page 6, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-59-5941 and as MVP Parcel Number VA-PI-019.000.  As shown on the map attached as Exhibit 17, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.30 acres |
| (b) | Additional Temporary Workspace | 0.0003 acres |
| (c) | Permanent Easement | 0.36 acres |
| | Total Acres, More or Less | 0.6603 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Kathleen M. VanDerHyde*

25.    Kathleen M. VanDerHyde owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 696, Page 188, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-57-4798 and as MVP Parcel Number

42

VA-PI-022.000.  As shown on the map attached as Exhibit 18, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 1.54 acres |
| (b) | Additional Temporary Workspace | 0.68 acres |
| (c) | Additional Acquired Land | 0.11 acres |
| (c) | Permanent Easement | 1.58 acres |
| | Total Acres, More or Less | 3.91 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Kathleen M. VanDerHyde*

26.    Kathleen M. VanDerHyde owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 696, Page 188, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-48-2850 and as MVP Parcel Number VA-PI-023.000.  As shown on the map attached as Exhibit 19, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 2.11 acres |
| (b) | Additional Temporary Workspace | 1.20 acres |
| (c) | Temporary Access Easement | 0.74 acres |
| (d) | Additional Acquired Land | 0.08 acres |

43

| | | |
|---|---|---|
| (e) | Permanent Easement | 2.23 acres |
| | Total Acres, More or Less | 6.36 acres |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Kathryn M. Nicholson, Richard Gustavus Motley, and Reva A. Motley*

27.     Defendants Kathryn M. Nicholson, Richard Gustavus, and Reva A. Motley own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 130007568, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-37-2306 and as MVP Parcel Number VA-PI-024.000. As shown on the map attached as Exhibit 20, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.00 acres |
| (b) | Permanent Easement | 1.17 acres |
| | Total Acres, More or Less | 2.17 acres |

*William H. Rogers, Jr. and Judith R. Rogers*

28.     William H. Rogers, Jr. and Judith R. Rogers own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 681, Page 295, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-35-7169 and as

MVP Parcel Number VA-PI-025.000.  As shown on the map attached as Exhibit 21,

MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 1.97 acres |
| (b) | Additional Temporary Workspace | 0.76 acres |
| (c) | Possible Temporary Workspace | 0.14 acres |
| (d) | Permanent Easement | 1.96 acres |
| | Total Acres, More or Less | 4.83 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*William H. Rogers, Jr. and Judith R. Rogers*

29.     William H. Rogers, Jr. and Judith R. Rogers own, and defendant

Transco claims an interest in, a tract over which easements for the Pipeline are being

taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded in Deed Book 681, Page 297, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-15-8616 and as

MVP Parcel Number VA-PI-027.000.  As shown on the map attached as Exhibit 22,

MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 0.31 acres |
| (b) | Additional Temporary Workspace | 0.08 acres |
| (c) | Permanent Easement | 0.29 acres |
| | Total Acres, More or Less | 0.68 acres |

45

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Vivian Parsons Parrish*

30.    Vivian Parsons Parrish owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 813, Page 471, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-15-3531 and as MVP Parcel Number VA-PI-031.000.  As shown on the map attached as Exhibit 23, MVP seeks to acquire the following rights and easements over the tract:

|     |                                  |            |
|-----|----------------------------------|------------|
| (a) | Temporary Workspace              | 0.22 acres |
| (b) | Additional Temporary Workspace   | 0.50 acres |
| (c) | Permanent Easement               | 0.21 acres |
|     | Total Acres, More or Less        | 0.93 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Margaret Katharine Whitehead and Robert Walton McNutt, Jr.*

31.    Defendants Margaret Katharine Whitehead and Robert Walton McNutt, Jr. own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in

46

Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 190002418, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-04-1919 and as MVP Parcel Number VA-PI-032.000. As shown on the map attached as Exhibit 24, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 2.78 acres |
| (b) | Additional Temporary Workspace | 1.95 acres |
| (c) | Permanent Easement             | 2.55 acres |
|     | Total Acres, More or Less      | 7.28 acres |

*Malcolm Dale Roach, Jr.*

32.     Malcolm Dale Roach, Jr. owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1341, Page 099, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2424-04-9040 and as MVP Parcel Number VA-PI-033.000. As shown on the map attached as Exhibit 25, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 0.05 acres |
| (b) | Additional Temporary Workspace | 1.09 acres |
| (c) | Access Easement                | 0.62 acres |
| (d) | Permanent Easement             | 0.01 acres |
|     | Total Acres, More or Less      | 1.77 acres |

47

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Jackie Ray Atkinson*

33.    Jackie Ray Atkinson owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deeds recorded in Deed Book 794, Page 772, Deed Book 845, Page 319, as Instrument No. 120005749, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2414-91-2286 and as MVP Parcel Number VA-PI-034.000.  As shown on the map attached as Exhibit 26, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.23 acres |
| (b) | Additional Temporary Workspace | 1.33 acres |
| (c) | Access Easement                | 1.73 acres |
| (d) | Additional Acquired Land       | 0.49 acres |
| (e) | Permanent Easement             | 1.81 acres |
|     | Total Acres, More or Less      | 6.59 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Frances M. Crews and Gail M. Held*

34.     Frances M. Crews and Gail M. Held own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 259, Page 214, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2414-70-4055 and as MVP Parcel Number VA-PI-035.000.  As shown on the map attached as Exhibit 27 MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 1.34 acres |
| (b) | Additional Temporary Workspace | 0.49 acres |
| (c) | Permanent Easement | 1.34 acres |
| | Total Acres, More or Less | 3.17 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Pittsylvania County, Virginia*

35.     Pittsylvania County, Virginia, owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 740, Page 358, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-59-6730 and as MVP Parcel Number

VA-PI-036.000.  As shown on the map attached as Exhibit 28, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 4.39 acres |
| (b) | Additional Temporary Workspace | 3.42 acres |
| (c) | Access Easement                | 1.55 acres |
| (d) | Permanent Easement             | 4.40 acres |
|     | Total Acres, More or Less      | 13.76 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Pittsylvania County, Virginia*

36.    Pittsylvania County, Virginia, owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 578, Page 308, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-47-1490 and as MVP Parcel Number VA-PI-037.000.  As shown on the map attached as Exhibit 29, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.99 acres |
| (b) | Additional Temporary Workspace | 1.72 acres |
| (c) | Temporary Access Easement      | 1.37 acres |
| (d) | Possible Temporary Workspace   | 0.30 acres |

| | | |
|---|---|---|
| (e) | Permanent Easement | 2.29 acres |
| | Total Acres, More or Less | 7.67 acres |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Marshall H. Kendall*

37.     Marshall H. Kendall owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 070009568, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-26-9373 and as MVP Parcel Number VA-PI-038.000. As shown on the map attached as Exhibit 30, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.45 acres |
| (b) | Additional Temporary Workspace | 0.73 acres |
| (c) | Temporary Access Easement | 0.38 acres |
| (d) | Additional Acquired Land | 0.13 acres |
| (e) | Permanent Easement | 1.58 acres |
| | Total Acres, More or Less | 4.27 acres |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*M. Kendall Lumber Company, Inc.*

38.     M. Kendall Lumber Company, Inc. owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 070009567, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-25-7197 and as MVP Parcel Number VA-PI-039.000.  As shown on the map attached as Exhibit 31, MVP seeks to acquire the following rights and easements over the tract:

|     |                                  |            |
|-----|----------------------------------|------------|
| (a) | Temporary Workspace              | 0.62 acres |
| (b) | Additional Temporary Workspace   | 0.59 acres |
| (c) | Permanent Easement               | 0.70 acres |
| (d) | Access Easement                  | 0.49 acres |
| (e) | Additional Acquired Land         | 0.11 acres |
|     | Total Acres, More or Less        | 2.51 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Duane W. Neal*

39.     Duane W. Neal owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 814, Page 187, in the land records of Pittsylvania County, Virginia, and identified

52

as Tax Map Parcel 2413-24-0281 and as MVP Parcel Number VA-PI-040.000.  As shown on the map attached as Exhibit 32, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 1.07 acres |
| (b) | Additional Temporary Workspace | 1.53 acres |
| (c) | Proposed Temporary Workspace   | 0.01 acres |
| (c) | Permanent Easement             | 1.08 acres |
|     | Total Acres, More or Less      | 3.69 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Duane W. Neal*

40.    Duane W. Neal owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 814, Page 187, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-24-0281 and as MVP Parcel Number VA-PI-041.000.  As shown on the map attached as Exhibit 33, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 0.89 acres |
| (b) | Additional Temporary Workspace | 0.58 acres |
| (c) | Permanent Easement             | 0.92 acres |

53

|  | Total Acres, More or Less | 2.39 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*David H. Crane and Joyce J. Crane*

41.    David H. Crane and Joyce J. Crane own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deeds recorded as Instrument Nos. 110000674 and 140000959, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-13-9323 and as MVP Parcel Number VA-PI-042.000.  As shown on the map attached as Exhibit 34, MVP seeks to acquire the following rights and easements over the tract:

| (a) | Temporary Workspace | 0.49 acres |
| (b) | Additional Temporary Workspace | 0.24 acres |
| (c) | Permanent Easement | 0.50 acres |
| (d) | Permanent Access Easement | 0.01 acres |
| (e) | Possible Temporary Workspace | 0.22 acres |
| (f) | Mainline Valve Easement | 0.02 acres |
|  | Total Acres, More or Less | 1.48 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

54

*Donald Deboe and Kim G. Deboe*

42.    Donald Deboe and Kim G. Deboe own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 160000214, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2413-02-0411 and as MVP Parcel Number VA-PI-044.000.  As shown on the map attached as Exhibit 35, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.97 acres |
| (b) | Additional Temporary Workspace | 0.55 acres |
| (c) | Possible Temporary Workspace | 0.10 acres |
| (c) | Permanent Easement | 2.07 acres |
| | Total Acres, More or Less | 4.69 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Phillip D. Hylton*

43.    Phillip D. Hylton owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120005785, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2403-90-5329 and as MVP Parcel Number VA-PI-045.000.

55

As shown on the map attached as Exhibit 36, MVP seeks to acquire the following rights and easements over the tract:

|     |     |     |     |
| --- | --- | --- | --- |
| (a) | Temporary Workspace | | 1.20 acres |
| (b) | Additional Temporary Workspace | | 0.47 acres |
| (c) | Permanent Easement | | 1.18 acres |
|     | Total Acres, More or Less | | 2.85 acres |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Phillip D. Hylton, Brenda L. Hylton and Phillip Gavin Hylton*

44.    Phillip D. Hylton, Brenda L. Hylton and Phillip Gavin Hylton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 180004077, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2403-90-0325 and as MVP Parcel Number VA-PI-045.001. As shown on the map attached as Exhibit 37, MVP seeks to acquire the following rights and easements over the tract:

|     |     |     |     |
| --- | --- | --- | --- |
| (a) | Temporary Workspace | | 0.66 acres |
| (b) | Additional Temporary Workspace | | 0.69 acres |
| (c) | Possible Temporary Workspace | | 0.08 acres |
| (d) | Permanent Easement | | 0.73 acres |
|     | Total Acres, More or Less | | 2.16 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Keith C. Hylton, Sr. and Linda B. Hylton*

45.     Keith C. Hylton, Sr. and Linda B. Hylton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120005783, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2403-71-4078 and as MVP Parcel Number VA-PI-046.000.  As shown on the map attached as Exhibit 38, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.28 acres |
| (b) | Additional Temporary Workspace | 0.28 acres |
| (c) | Permanent Easement | 0.31 acres |
| | Total Acres, More or Less | 0.87 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Thomas E. Echols, Ronnie W. Echols and Norris E. Echols*

46.     Thomas E. Echols, Ronnie W. Echols, and Norris E. Echols own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia,

57

and described in the deed recorded as Instrument No. 060002256, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-98-0934 and as MVP Parcel Number VA-PI-047.000.  As shown on the map attached as Exhibit 39, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 1.50 acres |
| (b) | Additional Temporary Workspace | | 0.54 acres |
| (c) | Temporary Access Easement | | 0.20 acres |
| (d) | Permanent Easement | | 1.50 acres |
| | Total Acres, More or Less | | 3.74 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Thomas E. Echols, Ronnie W. Echols, Timothy K. Echols, and Norris E. Echols*

47.     Thomas E. Echols, Ronnie W. Echols, Timothy K. Echols, and Norris E. Echols own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1347, Page 040, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-78-3404 and as MVP Parcel Number VA-PI-048.000.  As shown on the map attached as Exhibit 40, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 2.02 acres |

58

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (b) | Additional Temporary Workspace | 1.62 acres |
| (c) | Temporary Access Easement      | 0.99 acres |
| (d) | Possible Temporary Workspace   | 0.37 acres |
| (e) | Permanent Easement             | 2.38 acres |
|     | Total Acres, More or Less      | 7.38 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Michael R. Stowe*

48.    Michael R. Stowe owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 050007017, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-77-0019 and as MVP Parcel Number VA-PI-050.000. As shown on the map attached as Exhibit 41, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.10 acres |
| (b) | Additional Temporary Workspace | 0.97 acres |
| (c) | Temporary Access Easement      | 0.35 acres |
| (d) | Permanent Easement             | 1.09 acres |
|     | Total Acres, More or Less      | 3.51 acres |

Abingdon: 1121466-1

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Michael R. Stowe*

49.    Michael R. Stowe owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1069, Page 243, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-65-2646 and as MVP Parcel Number VA-PI-051.000.  As shown on the map attached as Exhibit 42, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.83 acres |
| (b) | Additional Temporary Workspace | 0.79 acres |
| (d) | Temporary Access Easement | 0.87 acres |
| (e) | Possible Temporary Workspace | 0.11 acres |
| (f) | Permanent Easement | 0.98 acres |
| | Total Acres, More or Less | 3.58 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

60

*Timothy L. Shelton and Elaine K. Shelton*

50.    Timothy L. Shelton and Elaine K. Shelton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 180004056, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-57-2108 and as MVP Parcel Number VA-PI-052.000.  As shown on the map attached as Exhibit 43, MVP seeks to acquire the following rights and easements over the tract:

|     |                               |            |
|-----|-------------------------------|------------|
| (a) | Temporary Workspace           | 1.42 acres |
| (b) | Additional Temporary Workspace | 0.57 acres |
| (c) | Permanent Easement            | 1.37 acres |
|     | Total Acres, More or Less     | 3.36 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Irye Ray Emerson and Carol H. Emerson*

51.    Irye Ray Emerson, Jr. and Carol H. Emerson own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 09000972, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-33-9883 and as

Abingdon: 1121466-1

MVP Parcel Number VA-PI-053.000.  As shown on the map attached as Exhibit 44,

MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 3.58 acres |
| (b) | Additional Temporary Workspace | 2.78 acres |
| (c) | Temporary Access Easement | 1.36 acres |
| (d) | Permanent Access Easement | 0.002 acres |
| (e) | Additional Acquired Land | 0.37 acres |
| (f) | Groundbed Easement | 0.57 acres |
| (f) | Permanent Easement | 3.99 acres |
| | Total Acres, More or Less | 12.652 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Irye Ray Emerson, Sr., as Trustee and his successors in trust under agreement dated April 26, 2016, known as the Irye Ray Emerson, Sr. 2016 Irrevocable Trust*

52.    Irye Ray Emerson, Sr., as Trustee and his successors in trust under

agreement dated April 26, 2016, known as the Irye Ray Emerson, Sr. 2016 Irrevocable

Trust, as Trustee and his successors in trust under owns, and defendant Transco claims an

interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded as Instrument No. 160003553, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 2402-41-1695 and as MVP Parcel Number

VA-PI-054.000.  As shown on the map attached as Exhibit 45, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 0.28 acres |
| (b) | Additional Temporary Workspace | 0.03 acres |
| (c) | Permanent Easement | 0.43 acres |
| | Total Acres, More or Less | 0.74 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Irye Ray Emerson, Sr., as Trustee and his successors in trust under agreement dated April 26, 2016, known as the Irye Ray Emerson, Sr. 2016 Irrevocable Trust*

53.    Irye Ray Emerson, Sr., as Trustee and his successors in trust under agreement dated April 26, 2016, known as the Irye Ray Emerson, Sr. 2016 Irrevocable Trust, as Trustee and his successors in trust under owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deeds recorded as Instrument Nos. 160002093 and 160003553, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-14-7646 and as MVP Parcel Number VA-PI-055.000.  As shown on the map attached as Exhibit 46, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 1.06 acres |
| (b) | Additional Temporary Workspace | 0.46 acres |

Abingdon: 1121466-1

| | | |
|---|---|---|
| (c) | Permanent Easement | 1.12 acres |
| | Total Acres, More or Less | 2.64 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Irye Ray Emerson, Sr., as Trustee and his successors in trust under agreement dated April 26, 2016, known as the Irye Ray Emerson, Sr. 2016 Irrevocable Trust*

54.    Irye Ray Emerson, Sr., as Trustee and his successors in trust under agreement dated April 26, 2016, known as the Irye Ray Emerson, Sr. 2016 Irrevocable Trust, as Trustee and his successors in trust under owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument Nos. 160002093 and 160003553, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-22-0084 and as MVP Parcel Number VA-PI-056.000.  As shown on the map attached as Exhibit 47, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.06 acres |
| (b) | Permanent Easement | 0.01 acres |
| | Total Acres, More or Less | 0.07 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Edward Jay Frisbee and Krystal Siegel Inman Frisbee*

55.    Defendants Edward Jay Frisbee and Krystal Siegel Inman Frisbee own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1254, Page 375, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-12-8051 and as MVP Parcel Number VA-PI-059.000.  As shown on the map attached as Exhibit 48, MVP seeks to acquire the following rights and easements over the tract:

|     |                       |                |
|-----|-----------------------|----------------|
| (a) | Temporary Workspace   | 0.04 acres     |
| (b) | Permanent Easement    | 0.12 acres     |
|     | Total Acres, More or Less | 0.16 acres |

*Mildred W. Emerson, Clarence A. Emerson, Jr., and Robin K. Emerson*

56.    Mildred W. Emerson, Clarence A. Emerson, Jr., and Robin K. Emerson own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 180001276, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-11-6493 and as MVP Parcel Number VA-PI-061.000.  As shown on the map attached as Exhibit 49, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 0.30 acres |
| (b) | Additional Temporary Workspace | 0.69 acres |
| (c) | Temporary Access Easement      | 0.01 acres |

65

(c)     Permanent Easement                    0.27 acres

Total Acres, More or Less                    1.27 acres

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*William Emmett Martin and Janice Eaton Martin*

57.     William Emmett Martin and Janice Eaton Martin own, and

defendant Transco claims an interest in, a tract over which easements for the Pipeline are

being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded in Deed Book 727, Page 299, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-11-2650 and as

MVP Parcel Number VA-PI-063.000.  As shown on the map attached as Exhibit 50,

MVP seeks to acquire the following rights and easements over the tract:

(a)     Temporary Workspace                    0.06 acres

(b)     Permanent Easement                    0.06 acres

Total Acres, More or Less                    0.12 acres

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*William Emmett Martin and Janice Eaton Martin*

58.     William Emmett Martin and Janice Eaton Martin own, and

defendant Transco claims an interest in, a tract over which easements for the Pipeline are

being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 050004759, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-11-2352 and as MVP Parcel Number VA-PI-064.000.  As shown on the map attached as Exhibit 51, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.52 acres |
| (b) | Permanent Easement | 0.53 acres |
| | Total Acres, More or Less | 1.05 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*William Emmett Martin and Janice Eaton Martin*

59.   William Emmett Martin and Janice Eaton Martin own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 050004759, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 2402-00-7999 and as MVP Parcel Number VA-PI-065.000.  As shown on the map attached as Exhibit 52, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.68 acres |
| (b) | Permanent Easement | 1.71 acres |
| | Total Acres, More or Less | 3.39 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Independent Timber, Inc.*

60.    Independent Timber, Inc. owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 110006481, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1491-88-2609 and as MVP Parcel Number VA-PI-075.000.  As shown on the map attached as Exhibit 53, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |             |
|-----|--------------------------------|-------------|
| (a) | Temporary Workspace            | 2.79 acres  |
| (b) | Additional Temporary Workspace | 3.61 acres  |
| (c) | Temporary Access Easement      | 0.90 acres  |
| (d) | Possible Temporary Workspace   | 0.23 acres  |
| (e) | Permanent Easement             | 3.26 acres  |
|     | Total Acres, More or Less      | 10.79 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

68

*Adam J. Harper*

61.    Adam J. Harper owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1465, Page 157, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1491-86-3788 and as MVP Parcel Number VA-PI-076.000.  As shown on the map attached as Exhibit 54, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.59 acres |
| (b) | Additional Temporary Workspace | 1.37 acres |
| (c) | Possible Temporary Workspace   | 0.17 acres |
| (d) | Permanent Easement             | 1.43 acres |
|     | Total Acres, More or Less      | 4.56 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Phillip W. Hutson, Sr. and Susan H. Hutson*

62.    Phillip W. Hutson, Sr. and Susan H. Hutson own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1217, Page 197, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1491-65-7149 and as

69

MVP Parcel Number VA-PI-077.000.  As shown on the map attached as Exhibit 55, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 2.45 acres |
| (b) | Additional Temporary Workspace | 1.52 acres |
| (c) | Possible Temporary Workspace | 0.14 acres |
| (d) | Permanent Easement | 2.61 acres |
| | Total Acres, More or Less | 6.72 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Independent Timber, Inc.*

63.     Independent Timber, Inc. owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 140002564, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1491-91-0504 and as MVP Parcel Number VA-PI-078.000.  As shown on the map attached as Exhibit 56, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 0.52 acres |
| (b) | Permanent Easement | 0.33 acres |
| | Total Acres, More or Less | 0.85 acres |

Abingdon: 1121466-1

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Phillip W. Hutson, Sr. and Susan H. Hutson*

64.    Phillip W. Hutson, Sr. and Susan H. Hutson own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 631, Page 472, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1491-62-4268 and as MVP Parcel Number VA-PI-079.000.  As shown on the map attached as Exhibit 57, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.41 acres |
| (b) | Additional Temporary Workspace | 0.52 acres |
| (c) | Permanent Easement | 1.39 acres |
| | Total Acres, More or Less | 3.32 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Odell Wade Hutson, Jr., Evelyn Jeanette Hutson Kirby, Michael Douglas Hutson, and Sandra Ruth Hutson Gammon*

65.    Odell Wade Hutson, Jr., Evelyn Jeanette Hutson Kirby, Michael Douglas Hutson, and Sandra Ruth Hutson Gammon own, and defendant Transco claims

71

an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

two deeds recorded in Deed Book 888, Page 88, and as Instrument No. 170006951,

respectively, in the land records of Pittsylvania County, Virginia, and identified as Tax

Map Parcel 1491-43-0493 and as MVP Parcel Number VA-PI-082.000.  As shown on the

map attached as Exhibit 58, MVP seeks to acquire the following rights and easements

over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 2.26 acres |
| (b) | Additional Temporary Workspace | | 1.73 acres |
| (c) | Proposed Temporary Workspace | | 0.04 acres |
| (d) | Permanent Easement | | 2.44 acres |
| | Total Acres, More or Less | | 6.47 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Joan A. Worsham*

66.    Joan A. Worsham owns, and defendant Transco claims an interest in,

a tract over which easements for the Pipeline are being taken by condemnation.  The tract

is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed

Book 657, Page 664, in the land records of Pittsylvania County, Virginia, and identified

as Tax Map Parcel 1491-21-6183 and as MVP Parcel Number VA-PI-084.000.  As

72

shown on the map attached as Exhibit 59, MVP seeks to acquire the following rights and

easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 2.54 acres |
| (b) | Additional Temporary Workspace | 0.96 acres |
| (c) | Temporary Access Easement | 1.01 acres |
| (d) | Possible Temporary Workspace | 0.08 acres |
| (e) | Permanent Easement | 2.68 acres |
| | Total Acres, More or Less | 7.27 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Joan A. Worsham*

67.     Joan A. Worsham owns, and defendant Transco claims an interest in,

a tract over which easements for the Pipeline are being taken by condemnation.  The tract

is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed

Book 735, Page 342, in the land records of Pittsylvania County, Virginia, and identified

as Tax Map Parcel 1490-39-3607 and as MVP Parcel Number VA-PI-085.000.  As

shown on the map attached as Exhibit 60, MVP seeks to acquire the following rights and

easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 0.67 acres |
| (b) | Additional Temporary Workspace | 0.26 acres |
| (c) | Permanent Easement | 0.63 acres |

|  | Total Acres, More or Less | 1.56 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Joan A. Worsham*

68.    Joan A. Worsham owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 675, Page 370, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1490-29-6396 and as MVP Parcel Number VA-PI-087.000.  As shown on the map attached as Exhibit 61, MVP seeks to acquire the following rights and easements over the tract:

| (a) | Temporary Workspace | 0.35 acres |
| (b) | Additional Temporary Workspace | 0.50 acres |
| (c) | Permanent Easement | 0.35 acres |
|  | Total Acres, More or Less | 1.20 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*David C. Dalton and Nancy C. Dalton*

69.    David C. Dalton and Nancy C. Dalton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120005918, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1490-28-7861 and as MVP Parcel Number VA-PI-089.000.  As shown on the map attached as Exhibit 62, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.24 acres |
| (b) | Additional Temporary Workspace | 0.05 acres |
| (c) | Possible Temporary Workspace | 0.15 acres |
| (d) | Permanent Easement | 0.37 acres |
| | Total Acres, More or Less | 0.81 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *David C. Dalton and Nancy C. Dalton*

70.    David C. Dalton and Nancy C. Dalton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120005918, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1490-28-2154 and as MVP Parcel Number VA-PI-090.000.  As shown on the map attached as Exhibit 63, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.58 acres |

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (b) | Additional Temporary Workspace | 1.18 acres |
| (c) | Possible Temporary Workspace   | 0.10 acres |
| (d) | Permanent Easement             | 1.67 acres |
|     | Total Acres, More or Less      | 4.53 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*David C. Dalton and Nancy C. Dalton*

71.    David C. Dalton and Nancy C. Dalton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 080008117, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1490-08-8470 and as MVP Parcel Number VA-PI-091.000. As shown on the map attached as Exhibit 64, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 2.05 acres |
| (b) | Additional Temporary Workspace | 0.26 acres |
| (c) | Permanent Easement             | 2.05 acres |
|     | Total Acres, More or Less      | 4.36 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

76

*Beverly S. White and William S. White*

72.     Beverly S. White and William S. White own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 256, Page 349, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-97-7043 and as MVP Parcel Number VA-PI-092.000.  As shown on the map attached as Exhibit 65, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.00 acres |
| (b) | Additional Temporary Workspace | 0.48 acres |
| (c) | Temporary Access Easement | 0.49 acres |
| (d) | Permanent Easement | 0.99 acres |
| | Total Acres, More or Less | 2.96 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Judith Sandridge Bridges*

73.     Judith Sandridge Bridges owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 586, Page 51, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-85-7583 and as MVP Parcel Number

VA-PI-094.000.  As shown on the map attached as Exhibit 66, MVP seeks to acquire the

following rights and easements over the tract:

|     |                                |           |
|-----|--------------------------------|-----------|
| (a) | Temporary Workspace            | 3.30 acres |
| (b) | Additional Temporary Workspace | 1.13 acres |
| (c) | Possible Temporary Workspace   | 0.19 acres |
| (d) | Permanent Easement             | 3.51 acres |
|     | Total Acres, More or Less      | 8.13 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Keith James Flinchum*

74.    Keith James Flinchum owns, and defendant Transco claims an

interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded as Instrument No. 190003678, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1480-74-4175 and as MVP Parcel Number

VA-PI-095.000.  As shown on the map attached as Exhibit 67, MVP seeks to acquire the

following rights and easements over the tract:

|     |                                |           |
|-----|--------------------------------|-----------|
| (a) | Temporary Workspace            | 0.08 acres |
| (b) | Additional Temporary Workspace | 0.46 acres |
| (c) | Possible Temporary Workspace   | 0.01 acres |
| (d) | Permanent Easement             | 0.15 acres |

|                              |            |
|------------------------------|------------|
| Total Acres, More or Less    | 0.70 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Judith Sandridge Bridges*

75.     Judith Sandridge Bridges owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 633, Page 457, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-74-9292 and as MVP Parcel Number VA-PI-096.000.  As shown on the map attached as Exhibit 68, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|-----|-------------------------------|------------|
| (a) | Temporary Workspace           | 0.64 acres |
| (b) | Additional Temporary Workspace | 0.47 acres |
| (c) | Possible Temporary Workspace  | 0.01 acres |
| (d) | Permanent Easement            | 0.59 acres |
|     | Total Acres, More or Less     | 1.71 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Billie S. Pollok, Trustee, or her successor in trust, under the Pollok Living Trust, dated March 7, 2007*

76.    Defendant Billie S. Pollok, Trustee, or her successor in trust, under the Pollok Living Trust, dated March 7, 2007, owns a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 070006153, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-52-6445 and as MVP Parcel Number VA-PI-099.000.  As shown on the map attached as Exhibit 69, MVP seeks to acquire the following rights and easements over the tract:

|     |     |     |
| --- | --- | --- |
| (a) | Temporary Workspace | 1.80 acres |
| (b) | Additional Temporary Workspace | 0.52 acres |
| (c) | Temporary Access Road | 0.30 acres |
| (d) | Possible Temporary Workspace | 0.10 acres |
| (e) | Permanent Easement | 3.05 acres |
|     | Total Acres, More or Less | 5.77 acres |

*Robert William Pollok*

77.    Defendant Robert William Pollok owns a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 060008365, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-52-9610 and as MVP Parcel Number VA-PI-099.100.AR.  As shown on the map attached as Exhibit 70, MVP seeks to acquire the following rights and easements over the tract:

Abingdon: 1121466-1

|     |                      |            |
| --- | -------------------- | ---------- |
| (a) | Temporary Easement   | 0.67 acres |
|     | Total Acres, More or Less | 0.67 acres |

*Richard L. Rust and Lori R. Rust*

78.     Defendants Richard L. Rust and Lori R. Rust own a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 08000352, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-62-7374 and as MVP Parcel Number VA-PI-100.000.  As shown on the map attached as Exhibit 71, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.24 acres |
| (b) | Additional Temporary Workspace | 0.59 acres |
| (c) | Possible Temporary Workspace   | 0.01 acres |
| (d) | Permanent Easement             | 0.12 acres |
|     | Total Acres, More or Less      | 1.96 acres |

*Kenneth L. Hudson and Patricia A. Hudson*

79.     Kenneth L. Hudson and Patricia A. Hudson own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1490, Page 151, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1480-31-7313 and as

MVP Parcel Number VA-PI-101.000.  As shown on the map attached as Exhibit 72,

MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.69 acres |
| (b) | Additional Temporary Workspace | 0.56 acres |
| (c) | Proposed Temporary Workspace   | 0.20 acres |
| (d) | Permanent Easement             | 1.87 acres |
|     | Total Acres, More or Less      | 4.32 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

### *Charles C. Hylton and Sandra W. Hylton*

80.    Defendants Charles C. Hylton and Sandra W. Hylton own, and

defendant Transco claims an interest in, a tract over which easements for the Pipeline are

being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded as Instrument No. 06000408, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 1389-39-0919 and as

MVP Parcel Number VA-PI-103.000.  As shown on the map attached as Exhibit 73,

MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
| --- | ------------------------------ | ---------- |
| (a) | Temporary Workspace            | 1.29 acres |
| (b) | Additional Temporary Workspace | 0.70 acres |
| (c) | Additional Acquired Land       | 0.13 acres |
| (d) | Permanent Easement             | 1.46 acres |

Total Acres, More or Less          3.58 acres

*Charles C. Hylton and Sandra W. Hylton*

81.     Defendants Charles C. Hylton and Sandra W. Hylton own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 615, Page 277, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1389-28-9979 and as MVP Parcel Number VA-PI-106.000.  As shown on the map attached as Exhibit 74, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.42 acres |
| (b) | Additional Temporary Workspace | 1.26 acres |
| (c) | Temporary Access Road | 0.009 acres |
| (d) | Additional Acquired Land | 0.28 acres |
| (e) | Permanent Easement | 1.70 acres |
| | Total Acres, More or Less | 4.669 acres |

*Steven L. Coleman and Debra C. Coleman*

82.     Steven L. Coleman and Debra C. Coleman own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 060002261, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1389-27-6997 and as

MVP Parcel Number VA-PI-107.000.  As shown on the map attached as Exhibit 75,

MVP seeks to acquire the following rights and easements over the tract:

|     |                                 |            |
|-----|---------------------------------|------------|
| (a) | Temporary Workspace             | 0.71 acres |
| (b) | Additional Temporary Workspace  | 0.46 acres |
| (c) | Permanent Easement              | 0.71 acres |
|     | Total Acres, More or Less       | 1.88 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

### Steven L. Coleman and Debra C. Coleman

83.    Steven L. Coleman and Debra C. Coleman own, and defendant

Transco claims an interest in, a tract over which easements for the Pipeline are being

taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded in Deed Book 921, Page 347, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 1389-18-4204 and as

MVP Parcel Number VA-PI-110.000.  As shown on the map attached as Exhibit 76,

MVP seeks to acquire the following rights and easements over the tract:

|     |                                 |            |
|-----|---------------------------------|------------|
| (a) | Temporary Workspace             | 0.55 acres |
| (b) | Additional Temporary Workspace  | 0.30 acres |
| (c) | Permanent Easement              | 0.57 acres |
|     | Total Acres, More or Less       | 1.42 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Christopher P. Johnson, Darcey S. Johnson and Hill View Farms, Inc.*

84.    Defendants Christopher P. Johnson and Darcey S. Johnson own, and defendant Hill View Farms, Inc. leases, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 200001757 in the land records of Pittsylvania County, Virginia, and identified as a portion of Tax Map Parcel 1389-25-1372 and as MVP Parcel Number VA-PI-115.000. As shown on the map attached as Exhibit 77, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 3.85 acres |
| (b) | Additional Temporary Workspace | 1.58 acres |
| (c) | Temporary Access Road | 0.27 acres |
| (d) | Possible Temporary Workspace | 0.19 acres |
| (e) | Permanent Easement | 4.06 acres |
| | Total Acres, More or Less | 9.95 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Hill View Farms, Inc. has in the property that is subject to these rights and easements.

85

*Albert L. Keatts and Ocie Adams Keatts*

85.    Defendants Albert L. Keatts and Ocie Adams Keatts own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 528, Page 544, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1379-93-3906 and as MVP Parcel Number VA-PI-118.000.  As shown on the map attached as Exhibit 78, MVP seeks to acquire the following rights and easements over the tract:

|     |                                    |            |
| --- | ---------------------------------- | ---------- |
| (a) | Temporary Workspace                | 3.13 acres |
| (b) | Additional Temporary Workspace     | 2.89 acres |
| (c) | Temporary Access Easement          | 0.38 acres |
| (d) | Possible Additional Temp. Workspace| 0.10 acres |
| (e) | Permanent Easement                 | 3.27 acres |
|     | Total Acres, More or Less          | 9.77 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Sandra D. Payne*

86.    Sandra D. Payne owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1144, Page 852, in the land records of Pittsylvania County, Virginia, and identified

86

as Tax Map Parcel 1379-62-3464 and as MVP Parcel Number VA-PI-120.000. As shown on the map attached as Exhibit 79, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 1.16 acres |
| (b) | Additional Temporary Workspace | | 0.03 acres |
| (c) | Permanent Easement | | 1.82 acres |
| | Total Acres, More or Less | | 3.01 acres |

MVP has acquired these rights and easements by agreement with the owner. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Sandy Oaks Farms, LLC*

87.    Sandy Oaks Farms, LLC owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 160006467, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1379-70-6742 and as MVP Parcel Number VA-PI-121.000. As shown on the map attached as Exhibit 80, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 2.45 acres |
| (b) | Additional Temporary Workspace | | 2.97 acres |
| (c) | Temporary Access Easement | | 0.88 acres |
| (d) | Possible Temporary Workspace | | 0.16 acres |

|     |                       |            |
| --- | --------------------- | ---------- |
| (e) | Permanent Easement    | 2.03 acres |
|     | Total Acres, More or Less | 8.49 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Sandra D. Payne*

88.    Sandra D. Payne owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1144, Page 852, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1379-60-0629 and as MVP Parcel Number VA-PI-122.000.  As shown on the map attached as Exhibit 81, MVP seeks to acquire the following rights and easements over the tract:

|     |                       |            |
| --- | --------------------- | ---------- |
| (a) | Temporary Workspace   | 0.13 acres |
| (b) | Permanent Easement    | 0.02 acres |
|     | Total Acres, More or Less | 0.15 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Sandy Oaks Farms, LLC*

89.    Sandy Oaks Farms, LLC owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded as Instrument No. 160006467, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1379-70-6742 and as MVP Parcel Number

VA-PI-124.000.  As shown on the map attached as Exhibit 82, MVP seeks to acquire the

following rights and easements over the tract:

|     |                               |             |
|-----|-------------------------------|-------------|
| (a) | Temporary Workspace           | 1.18 acres  |
| (b) | Additional Temporary Workspace | 0.45 acres  |
| (c) | Possible Temporary Workspace  | 0.17 acres  |
| (d) | Valve Site                    | 0.02 acres  |
| (e) | Permanent Access Easement     | 0.005 acres |
| (f) | Permanent Easement            | 1.41 acres  |
|     | Total Acres, More or Less     | 3.235 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*John L.  Baggerly and L Samuel Saunders, Trustees, or their successors in trust,*
*of the Baggerly Irrevocable Trust dated November 21, 1996*

90.    Defendants John L. Baggerly and L Samuel Saunders, Trustees, or

their successors in trust, of the Baggerly Irrevocable Trust dated November 21, 1996,

own, and defendant Transco claims an interest in, a tract over which easements for the

Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County,

Virginia, and described in the deed recorded in Deed Book 700, Page 165, in the land

records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-58-6247 and as MVP Parcel Number VA-PI-125.000. As shown on the map attached as Exhibit 83, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 1.04 acres |
| (b) | Additional Temporary Workspace | 0.06 acres |
| (c) | Permanent Easement             | 0.95 acres |
|     | Total Acres, More or Less      | 2.05 acres |

*Nancy H. Weatherford, John G. Mitchell and Phyllis H. Mitchell*

91.     Nancy H. Weatherford, John G. Mitchell and Phyllis H. Mitchell own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation. The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 765, Page 31, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-38-8721 and as MVP Parcel Number VA-PI-126.000. As shown on the map attached as Exhibit 84, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 1.73 acres |
| (b) | Additional Temporary Workspace | 0.15 acres |
| (c) | Permanent Easement             | 1.85 acres |
|     | Total Acres, More or Less      | 3.73 acres |

MVP has acquired these rights and easements by agreement with the owners. MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

90

*Junior Franklin McBride and Joyce W. McBride*

92.    Defendants Junior Franklin McBride and Joyce W. McBride own, and defendant Transco has an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 708, Page 293, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-48-4107 and as MVP Parcel Number VA-PI-128.000.  As shown on the map attached as Exhibit 85, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.27 acres |
| (b) | Additional Temporary Workspace | 0.98 acres |
| (c) | Permanent Easement | 0.18 acres |
| | Total Acres, More or Less | 1.43 acres |

*Jay Michael Smith*

93.    Defendant Jay Michael Smith owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 917, Page 671, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-37-1447 and as MVP Parcel Number VA-PI-129.000.  As shown on the map attached as Exhibit 86, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.18 acres |
| (b) | Permanent Easement | 0.23 acres |

Abingdon: 1121466-1

Total Acres, More or Less          0.41 acres

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Shirley B. Baggerly*

94.    Defendant Shirley B. Baggerly owns a tract over which easements

for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania

County, Virginia, and described in the deed recorded in Deed Book 1061, Page 374, in

the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-

36-7998 and as MVP Parcel Number VA-PI-130.000.  As shown on the map attached as

Exhibit 87, MVP seeks to acquire the following rights and easements over the tract:

(a)    Temporary Workspace          0.02 acres

(b)    Additional Temporary Workspace          0.40 acres

Total Acres, More or Less          0.42 acres

*Shirley B. Baggerly*

95.    Defendant Shirley B. Baggerly owns, and defendant Transco claims

an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1378-37-0071 and as MVP Parcel Number

VA-PI-131.000.  As shown on the map attached as Exhibit 88, MVP seeks to acquire the

following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.08 acres |
| (b) | Additional Temporary Workspace | 0.03 acres |
| (c) | Permanent Easement | 1.08 acres |
| | Total Acres, More or Less | 2.19 acres |

*Shirley B. Baggerly*

96.    Defendant Shirley B. Baggerly owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-36-2532 and as MVP Parcel Number VA-PI-132.000.  As shown on the map attached as Exhibit 89, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.20 acres |
| (b) | Additional Temporary Workspace | 0.17 acres |
| (c) | Permanent Easement | 0.15 acres |
| | Total Acres, More or Less | 0.52 acres |

*Shirley B. Baggerly*

97.    Defendant Shirley B. Baggerly owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-26-4426 and as MVP Parcel Number

VA-PI-134.000.  As shown on the map attached as Exhibit 90, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.24 acres |
| (b) | Additional Temporary Workspace | 0.08 acres |
| (c) | Permanent Easement | 0.29 acres |
| | Total Acres, More or Less | 0.61 acres |

*Shirley B. Baggerly*

98.    Defendant Shirley B. Baggerly owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-26-3310 and as MVP Parcel Number VA-PI-135.000.  As shown on the map attached as Exhibit 91, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.14 acres |
| (b) | Additional Temporary Workspace | 0.21 acres |
| (c) | Permanent Easement | 0.14 acres |
| | Total Acres, More or Less | 0.49 acres |

*Shirley B. Baggerly*

99.    Defendant Shirley B. Baggerly owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

94

deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-26-2169 and as MVP Parcel Number VA-PI-136.000.  As shown on the map attached as Exhibit 92, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.22 acres |
| (b) | Additional Temporary Workspace | 0.03 acres |
| (c) | Permanent Easement | 0.23 acres |
| | Total Acres, More or Less | 0.48 acres |

*Shirley B. Baggerly*

100.    Defendant Shirley B. Baggerly owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-26-2009 and as MVP Parcel Number VA-PI-137.000.  As shown on the map attached as Exhibit 93, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.11 acres |
| (b) | Permanent Easement | 0.07 acres |
| | Total Acres, More or Less | 0.18 acres |

*Shirley B. Baggerly*

101.    Defendant Shirley B. Baggerly owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by

95

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1378-16-7258 and as MVP Parcel Number

VA-PI-137.100.  As shown on the map attached as Exhibit 94, MVP seeks to acquire the

following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.43 acres |
| (b) | Additional Temporary Workspace | 0.27 acres |
| (c) | Additional Acquired Land | 0.07 acres |
| (d) | Permanent Easement | 0.49 acres |
| | Total Acres, More or Less | 1.26 acres |

*Shirley B. Baggerly*

102.    Defendant Shirley B. Baggerly owns, and defendant Transco claims

an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded in Deed Book 1061, Page 374, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1378-25-1939 and as MVP Parcel Number

VA-PI-138.000.  As shown on the map attached as Exhibit 95, MVP seeks to acquire the

following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.01 acres |
| | Total Acres, More or Less | 0.01 acres |

*Jesse H. Taylor and Dewey T. Taylor*

103.    Defendants Jesse H. Taylor and Dewey T. Taylor own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120006847, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-15-3612 and as MVP Parcel Number VA-PI-140.000.  As shown on the map attached as Exhibit 96, MVP seeks to acquire the following rights and easements over the tract:

(a)    Temporary Workspace                0.50 acres

(b)    Permanent Easement                 0.47 acres

        Total Acres, More or Less           0.97 acres

*Jesse H. Taylor and Dewey T. Taylor*

104.    Defendants Jesse H. Taylor and Dewey T. Taylor own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120006847, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-15-4835 and as MVP Parcel Number VA-PI-141.100.  As shown on the map attached as Exhibit 97, MVP seeks to acquire the following rights and easements over the tract:

(a)    Temporary Workspace                0.23 acres

(b)    Permanent Easement                 0.21 acres

        Total Acres, More or Less           0.44 acres

*Jesse H. Taylor and Dewey T. Taylor*

105.    Defendants Jesse H. Taylor and Dewey T. Taylor own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 120006847, in the land records of Pittsyvania County, Virginia, and identified as Tax Map Parcel 1378-15-1061 and as MVP Parcel Number VA-PI-144.000.  As shown on the map attached as Exhibit 98, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.83 acres |
| (b) | Additional Temporary Workspace | 0.23 acres |
| (c) | Additional Acquired Land | 0.07 acres |
| (c) | Permanent Easement | 0.89 acres |
| | Total Acres, More or Less | 2.02 acres |

*Mary Hardy Betterton*

106.    Mary Hardy Betterton owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1048, Page 463, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-14-3208 and as MVP Parcel Number VA-PI-149.000.  As shown on the map attached as Exhibit 99, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.33 acres |

|     | (b) | Additional Temporary Workspace | 0.08 acres |
| --- | --- | --- | --- |
|     | (c) | Permanent Easement | 0.46 acres |
|     |     | Total Acres, More or Less | 0.87 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Mary Hardy Betterton*

107.    Mary Hardy Betterton owns, and defendant Transco claims an

interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded in Deed Book 1377, Page 439, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1378-04-7195 and as MVP Parcel Number

VA-PI-150.000.  As shown on the map attached as Exhibit 100, MVP seeks to acquire

the following rights and easements over the tract:

|     | (a) | Temporary Workspace | 0.86 acres |
| --- | --- | --- | --- |
|     | (b) | Additional Temporary Workspace | 1.14 acres |
|     | (c) | Permanent Easement | 0.83 acres |
|     |     | Total Acres, More or Less | 2.83 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Mary Hardy Betterton*

108.    Mary Hardy Betterton owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1377, Page 439, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-04-7195 and as MVP Parcel Number VA-PI-151.000.  As shown on the map attached as Exhibit 101, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 0.09 acres |
| (b) | Additional Temporary Workspace | 0.25 acres |
| (b) | Permanent Easement | 0.07 acres |
| | Total Acres, More or Less | 0.41 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*EST Enterprises, LLC*

109.    Defendant EST Enterprises, LLC owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 150002090, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-02-7852 and as MVP Parcel Number

100

VA-PI-152.000.  As shown on the map attached as Exhibit 102, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 0.68 acres |
| (b) | Additional Temporary Workspace | | 0.39 acres |
| (c) | Ground Bed Easement | | 0.57 acres |
| (c) | Permanent Easement | | 0.72 acres |
| | Total Acres, More or Less | | 2.36 acres |

*Brandon A. Collins and Kari T. Collins*

110.    Defendants Brandon A. Collins and Kari T. Collins own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 150002091, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1378-02-1967 and as MVP Parcel Number VA-PI-153.000.  As shown on the map attached as Exhibit 103, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | | 0.37 acres |
| (b) | Permanent Easement | | 0.46 acres |
| | Total Acres, More or Less | | 0.83 acres |

*David R. Mehalko*

111.    David R. Mehalko owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as

Instrument No. 160002334, in the land records of Pittsylvania County, Virginia, and

identified as Tax Map Parcel 1368-92-9576 and as MVP Parcel Number VA-PI-154.000.

As shown on the map attached as Exhibit 104, MVP seeks to acquire the following rights

and easements over the tract:

|     |                              |             |
|-----|------------------------------|-------------|
| (a) | Temporary Workspace          | 0.32 acres  |
| (b) | Possible Temporary Workspace | 0.003 acres |
| (c) | Temporary Access Easement    | 0.03 acres  |
| (d) | Permanent Easement           | 0.31 acres  |
|     | Total Acres, More or Less    | 0.663 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Donnie W. Haymore*

112.    Donnie W. Haymore owns, and defendant Transco claims an interest

in, a tract over which easements for the Pipeline are being taken by condemnation.  The

tract is located in Pittsylvania County, Virginia, and described in the deed recorded in

Deed Book 1437, Page 258, in the land records of Pittsylvania County, Virginia, and

identified as Tax Map Parcel 1368-92-7344 and as MVP Parcel Number VA-PI-154.200.

As shown on the map attached as Exhibit 105, MVP seeks to acquire the following rights

and easements over the tract:

|     |                              |            |
|-----|------------------------------|------------|
| (a) | Temporary Workspace          | 0.30 acres |
| (b) | Possible Temporary Workspace | 0.04 acres |

| | | | |
|---|---|---|---|
| (c) | Temporary Access Easement | 0.03 acres |
| (d) | Permanent Easement | 0.33 acres |
| | Total Acres, More or Less | 0.70 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*EST Enterprises, LLC*

113.    Defendant EST Enterprises, LLC owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 170002953, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1368-81-1016 and as MVP Parcel Number VA-PI-160.000.  As shown on the map attached as Exhibit 106, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 2.08 acres |
| (b) | Additional Temporary Workspace | 2.02 acres |
| (c) | Temporary Access Road Easement | 1.64 acres |
| (d) | Additional Acquired Land | 0.20 acres |
| (e) | Permanent Easement | 2.30 acres |
| | Total Acres, More or Less | 8.24 acres |

103

*Jeffrey Carr Whitley and Tonia Pillow Whitley*

114.    Jeffrey Carr Whitley and Tonia Pillow Whitley own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 170004163, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1368-80-0248 and as MVP Parcel Number VA-PI-161.000.  As shown on the map attached as Exhibit 107, MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 1.04 acres |
| (b) | Additional Temporary Workspace | 0.01 acres |
| (c) | Permanent Easement             | 1.03 acres |
|     | Total Acres, More or Less      | 2.08 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*June T. Soyars*

115.    Jane T. Soyars owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 211, Page 366, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-69-8712 and as MVP Parcel Number VA-PI-162.000.  As

104

shown on the map attached as Exhibit 108, MVP seeks to acquire the following rights

and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 1.39 acres |
| (b) | Additional Temporary Workspace | 0.87 acres |
| (c) | Possible Temporary Workspace   | 0.11 acres |
| (d) | Permanent Easement             | 1.51 acres |
|     | Total Acres, More or Less      | 3.88 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

### *Bryant Properties & Holdings, LLC*

116.    Defendant Bryant Properties & Holdings, LLC owns, and defendant

Transco claims an interest in, a tract over which easements for the Pipeline are being

taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded as Instrument No. 080005431, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-68-5019 and as

MVP Parcel Number VA-PI-163.000.  As shown on the map attached as Exhibit 109,

MVP seeks to acquire the following rights and easements over the tract:

|     |                                |            |
|-----|--------------------------------|------------|
| (a) | Temporary Workspace            | 3.60 acres |
| (b) | Additional Temporary Workspace | 0.58 acres |
| (c) | Temporary Access Easement      | 0.52 acres |
| (d) | Possible Temporary Workspace   | 0.15 acres |

|     | (e)    Permanent Easement | 2.28 acres |
|     | Total Acres, More or Less | 7.13 acres |

*Belwood L. Hyler*

117.    Belwood L. Hyler owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1244, Page 344, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-48-6058 and as MVP Parcel Number VA-PI-165.000.  As shown on the map attached as Exhibit 110, MVP seeks to acquire the following rights and easements over the tract:

|     | (a)    Temporary Workspace | 0.83 acres |
|     | (b)    Additional Temporary Workspace | 0.11 acres |
|     | (c)    Permanent Easement | 0.87 acres |
|     | Total Acres, More or Less | 1.81 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Jerry Robertson Davis*

118.    Jerry Robertson Davis owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 080000318, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1367-65-4960 and as MVP Parcel Number

VA-PI-166.000.  As shown on the map attached as Exhibit 111, MVP seeks to acquire

the following rights and easements over the tract:

|     |                      |            |
|-----|----------------------|------------|
| (a) | Temporary Workspace  | 0.38 acres |
| (b) | Permanent Easement   | 0.35 acres |
|     | Total Acres, More or Less | 0.73 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Dennis Scott Harris and Robin A. Harris*

119.    Dennis Scott Harris and Robin A. Harris own, and defendant

Transco claims an interest in, a tract over which easements for the Pipeline are being

taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and

described in the deed recorded in Deed Book 1410, Page 113, in the land records of

Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-45-6386 and as

MVP Parcel Number VA-PI-167.000.  As shown on the map attached as Exhibit 112,

MVP seeks to acquire the following rights and easements over the tract:

|     |                      |            |
|-----|----------------------|------------|
| (a) | Temporary Workspace  | 0.19 acres |
| (b) | Permanent Easement   | 0.16 acres |
|     | Total Acres, More or Less | 0.35 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Dennis Scott Harris and Robin A. Harris*

120.    Dennis Scott Harris and Robin A. Harris own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1410, Page 113, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-45-5455 and as MVP Parcel Number VA-PI-168.000.  As shown on the map attached as Exhibit 113, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 0.42 acres |
| (b) | Permanent Easement | 0.27 acres |
| | Total Acres, More or Less | 0.69 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Jo Ann Parrish Atkinson*

121.    Jo Ann Parrish Atkinson own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument No. 090000804, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1367-45-2671 and as MVP Parcel Number VA-PI-169.000.  As shown on the map attached as Exhibit 114, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.18 acres |
| (b) | Additional Temporary Workspace | 0.11 acres |
| (c) | Possible Temporary Workspace | 0.24 acres |
| (d) | Permanent Easement | 0.83 acres |
| | Total Acres, More or Less | 2.36 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

### *Isaac C. Hill and Brandy A. Hill*

122.    Isaac C. Hill and Brandy A. Hill own, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 1415, Page 843, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-34-4497 and as MVP Parcel Number VA-PI-171.000.  As shown on the map attached as Exhibit 115, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 1.78 acres |
| (b) | Additional Temporary Workspace | 0.94 acres |
| (c) | Possible Temporary Workspace | 0.18 acres |

|     |                            |            |
| --- | -------------------------- | ---------- |
| (d) | Permanent Easement         | 1.11 acres |
|     | Total Acres, More or Less  | 4.01 acres |

MVP has acquired these rights and easements by agreement with the owners.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Danville-Pittsylvania Regional Industrial Facility Authority, a Political Subdivision of the Commonwealth of Virginia*

123.    Danville-Pittsylvania Regional Industrial Facility Authority, a political subdivision of the Commonwealth of Virginia, owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deeds recorded as Instrument Nos. 080007039, 090001419, and 090004564 in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-41-6185 and as MVP Parcel Number VA-PI-172.000.  As shown on the map attached as Exhibit 116, MVP seeks to acquire the following rights and easements over the tract:

|     |                               |            |
| --- | ----------------------------- | ---------- |
| (a) | Temporary Workspace           | 0.21 acres |
| (b) | Additional Temporary Workspace| 0.17 acres |
| (c) | Access Easement               | 1.14 acres |
| (d) | Permanent Easement            | 0.26 acres |
|     | Total Acres, More or Less     | 1.78 acres |

Abingdon: 1121466-1

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Danville-Pittsylvania Regional Industrial Facility Authority, a Political Subdivision of the Commonwealth of Virginia*

124.    Danville-Pittsylvania Regional Industrial Facility Authority, a political subdivision of the Commonwealth of Virginia, owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument Nos. 080007039, 090001419, and 090004564, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-41-6185 and as MVP Parcel Number VA-PI-173.000.  As shown on the map attached as Exhibit 117, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 3.02 acres |
| (b) | Additional Temporary Workspace | 2.99 acres |
| (c) | Possible Temporary Workspace | 0.17 acres |
| (d) | Permanent Easement | 3.17 acres |
| | Total Acres, More or Less | 9.35 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

111

*Danville-Pittsylvania Regional Industrial Facility Authority, a Political Subdivision of the Commonwealth of Virginia*

125.    Danville-Pittsylvania Regional Industrial Facility Authority, a political subdivision of the Commonwealth of Virginia, owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded as Instrument Nos. 080007039, 090001419, and 090004564, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-41-6185 and as MVP Parcel Number VA-PI-174.000.  As shown on the map attached as Exhibit 118, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 2.07 acres |
| (b) | Additional Temporary Workspace | 0.88 acres |
| (c) | Possible Temporary Workspace | 0.24 acres |
| (d) | Access Easement | 0.88 acres |
| (e) | Permanent Easement | 2.32 acres |
| | Total Acres, More or Less | 6.39 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP includes this tract to acquire any interest that Transco has in the property that is subject to these rights and easements.

*Danville-Pittsylvania Regional Industrial Facility Authority, a Political Subdivision of the Commonwealth of Virginia*

126.    Danville-Pittsylvania Regional Industrial Facility Authority, a political subdivision of the Commonwealth of Virginia, owns, and defendant Transco

112

claims an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded as Instrument Nos. 080007039, 090001419, and 090004564, in the land

records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1367-41-6185

and as MVP Parcel Number VA-PI-175.000.  As shown on the map attached as Exhibit

119, MVP seeks to acquire the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 3.02 acres |
| (b) | Additional Temporary Workspace | 0.93 acres |
| (c) | Possible Temporary Workspace | 0.07 acres |
| (c) | Permanent Easement | 3.08 acres |
| | Total Acres, More or Less | 7.10 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Danville-Pittsylvania Regional Industrial Facility Authority, a Political Subdivision of the Commonwealth of Virginia*

127.    Danville-Pittsylvania Regional Industrial Facility Authority, a

political subdivision of the Commonwealth of Virginia, owns, and defendant Transco

claims an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded as Instrument No. 080007039, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1356-75-0037 and as MVP Parcel Number

113

VA-PI-178.000.  As shown on the map attached as Exhibit 120, MVP seeks to acquire

the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 6.67 acres |
| (b) | Additional Temporary Workspace | 5.55 acres |
| (c) | Possible Temporary Workspace | 0.15 acres |
| (d) | Temporary Access Easement | 0.54 acres |
| (c) | Permanent Easement | 6.79 acres |
| | Total Acres, More or Less | 19.70 acres |

MVP has acquired these rights and easements by agreement with the owner.  MVP

includes this tract to acquire any interest that Transco has in the property that is subject to

these rights and easements.

*Melissa Sims Hairston*

128.   Defendant Melissa Sims Hairston owns, and defendant Transco

claims an interest in, a tract over which easements for the Pipeline are being taken by

condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the

deed recorded in Deed Book 106, Page 368, in the land records of Pittsylvania County,

Virginia, and identified as Tax Map Parcel 1356-31-0719 and as MVP Parcel Number

VA-PI-179.000.  As shown on the map attached as Exhibit 121, MVP seeks to acquire

the following rights and easements over the tract:

| | | | |
|---|---|---|---|
| (a) | Temporary Workspace | 1.09 acres |
| (b) | Additional Temporary Workspace | 1.49 acres |
| (c) | Temporary Access Easement | 0.75 acres |

114

| | | |
|---|---|---|
| (d) | Additional Acquired Land | 0.06 acres |
| (c) | Permanent Easement | 1.20 acres |
| | Total Acres, More or Less | 4.59 acres |

*Melissa Sims Hairston*

129.    Defendant Melissa Sims Hairston owns, and defendant Transco claims an interest in, a tract over which easements for the Pipeline are being taken by condemnation.  The tract is located in Pittsylvania County, Virginia, and described in the deed recorded in Deed Book 106, Page 368, in the land records of Pittsylvania County, Virginia, and identified as Tax Map Parcel 1356-31-0719 and as MVP Parcel Number VA-PI-180.000.  As shown on the map attached as Exhibit 122, MVP seeks to acquire the following rights and easements over the tract:

| | | |
|---|---|---|
| (a) | Temporary Workspace | 6.44 acres |
| (b) | Additional Temporary Workspace | 3.56 acres |
| (c) | Temporary Access Easement | 1.86 acres |
| (d) | Possible Temporary Workspace | 0.37 acres |
| (c) | Permanent Easement | 6.85 acres |
| | Total Acres, More or Less | 19.08 acres |

*Unknown Owners*

130.    There may be other persons who own or claim an interest in the property rights being condemned whose names are unknown to MVP because they could not be determined by diligent inquiry.  These persons have been made parties to this action as Unknown Owners as permitted by Rule 71.1.

115

## AUTHORITY AND USES FOR THE TAKING

131.   On June 18, 2020, FERC issued the Certificate Order to MVP for the construction, operation, and maintenance of the Pipeline.  See Exhibit 1.  The Certificate Order finds the Pipeline to be a public convenience and necessity.

132.   In issuing the Certificate Order, FERC specifically found that MVP had demonstrated a need for the project, that the project will not have adverse impacts and existing shippers or other pipelines and their customary customers, and that the project's benefits outweigh any adverse economic effects on landowners or surrounding communities. Exhibit 1 at P52.  The Commission further found that the environmental impacts from the project will not be significant and that the impacts are acceptable given the public benefits the project will provide. *Id.* at PP 76, 144.

133.   To complete the Pipeline as certificated by FERC, it is necessary for MVP to acquire easements for permanent and exclusive rights-of-way, access roads, temporary construction easements, and temporary and permanent workspace easements across the properties of Landowners.

134.   As of the date of this filing, MVP has acquired—by negotiation— easements or other rights over 110 of the 142 parcels affected by its Pipeline in Pittsylvania County.

135.   For each tract MVP made an offer of at least $3,000 to acquire the necessary property rights for easements across the tract, but MVP has been unable to acquire those property rights by agreement from Landowners.

116

136.    Pursuant to Section 7(h) of the NGA, 15 U.S.C. § 717f(h), MVP has the right to acquire the necessary property interests described herein to construct, operate, and maintain the Pipeline.

EASEMENTS TO BE TAKEN

137.    In accordance with the Certificate Order, MVP condemns necessary temporary and permanent access easements, temporary and permanent workspace and additional workspace easements, temporary and permanent anode bed easements, and easements for permanent and exclusive rights-of-way on and across properties of Landowners as described herein and shown on the maps.  The easements are located over and along the route that was approved by FERC as shown on alignment sheets.

138.    The easements may include, as more specifically identified on the map/plat for each property:

(a)    Permanent and exclusive rights-of-way of generally 50 feet in width to construct, operate, protect, maintain, replace, repair, remove, or abandon the pipeline and appurtenant equipment and facilities;

(b)    Ingress to and egress from the rights-of-way by means of the permanent and temporary access roads, which MVP may construct, improve, maintain, or replace as necessary or convenient;

(c)    The right of ingress and egress to, from, on, and across the permanent and exclusive rights-of-way to access other properties or sections of the pipeline and appurtenant equipment and facilities.

(d)     Temporary and permanent workspace and additional workspace;

(e)     Temporary and permanent anode bed easements and workspace; and

(f)     The right to clear trees, brush, or other vegetation as necessary or convenient for the safe and efficient construction, operation, or maintenance of the pipeline or access roads.

139.    The pipeline, except for risers, valves, drips, hydrate removal systems, line markers, cathodic protection, and test stands, and other appurtenant equipment and facilities reasonably required, shall be buried so as not to interfere with the cultivation of the land.  The Landowners may fully use and enjoy the premises to the extent that such use and enjoyment does not interfere with or obstruct MVP's rights described herein.  The Landowners shall not, without the prior written consent of MVP: (a) change the depth of cover over the permanent and exclusive rights-of-way for the installed pipeline, (b) place or permit to be placed any temporary or permanent structure or obstruction of any kind, including but not limited to buildings, swimming pools, sheds, paved roadways, concrete pads or sidewalks, mobile homes, trees, telephone poles or wires, electric poles or wires, water or sewer lines, meters or utility boxes, or the like on or over the permanent and exclusive rights-of-way for the installed pipeline; (c) store any materials of any kind on the rights-of-way or operate or allow to be operated over the rights-of-way any heavy machinery or equipment that is in excess of 40,000 pounds or that may damage the pipeline or its appurtenant equipment or facilities; or (d) permit the

118

rights-of-way to be covered by standing water, except in the course of normal seasonal irrigation.

WHEREFORE, MVP requests that this Court:

a.    Grant MVP the rights and easements described above;

b.    Determine and award just compensation to Landowners for the taking of the temporary and permanent easements; and

c.    Grant such other relief as may be just and proper.

Dated:  January 15, 2021.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, Virginia  24212
Telephone:  276-628-5151
Facsimile:  276-628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  /s/ Wade W. Massie
      Wade W. Massie

119